# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Keith Thomas
  Plaintiff

v.

Federal Aviation Administration,
et al, Defendants.

Civil Action No. 05-2391 CKK
Amended Complaint
Fed. R. Civ. P. Rules 15(a) and 19(a)
Foman v. Davis, 371 U.S. 178, 182 (1962)
For Injuction Relief demand for trial

## Jurisdiction

1. This action is brought pursuant to Bivens v. Six Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)

## Venue

2. The give Rise to the claim alleged in the First complaint, therefore, venue is proper under 28 U.S.C 1391(b)(2)

## First claim For Relief

Defendents herein allege in First complaint violate the Administrative procedure Act and the ~~Freedom~~ Freedom of Information Act

## Prayer For Relief

Wherefore, plaintiff, Keith Thomas, prays for the following Relief:
1. Injunctive Relief, to provide the documents
2. File grievance against personnal

## Demand For Jury Trial

Plaintiff, Keith Thomas, hereby demands a trial by Jury.

Dated Feb 27, 2006

Respectfully submitted

[signature]