UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith Thomas,                          )
# T67081                               )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )    Civil Action No.  05-2391
                                       )
Federal Aviation Administration, *et al,*    )
                                       )
            Defendants.                )

ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994).  Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $250.00 for this action, but is unable to pay any initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B).  Accordingly, it is by the Court this ___7___ day of February 2006,

**ORDERED**, that:

1.      The Plaintiff is not required to pay an initial partial filing fee.

2.      The Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $250.00 filing fee.

3.      The authorized institution officer shall deduct from plaintiff's prison account the payments described above and paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

4.      A copy of this Order shall be furnished to plaintiff's place of incarceration.

5.      Plaintiff's application to proceed *in forma pauperis* [# 2]is **granted**.

                                        *Elu S Huck*
                              _____
                                  United States District Judge