UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
        Plaintiff

Case No. 05-2362
        06-0464
        05-2391

V

John Doe, et al
President George W. Bush, et al
Federal Aviation Administration, et al

Motion.
Requesting Clerk of the court
to order trust account statement
for 6 month from concern
state prison and wish amended
complaint

Plaintiff a complaint in case 05-2362, 06-0464 and 05-2391, the Plaintiff is undergoing
circumstance that prevent him to carry out the application to proceed in forma pauperis.
The counselor within 3A03 administrative segregation assign to the Plaintiff is delaying
the process of submitting the application to proceed in forma pauperis. The Plaintiff
request this court to order through this court for this court Plaintiff trust account
statement for 6 months.

Plaintiff wish to amended complaint pursuant to the Fed R.civ, Proc Rules 15(A) and
amended complaint under the jurisdiction of Bivens V. six unknown agents 403. U.S
388 (1971). The Plaintiff wish this court to do so under the Plaintiff circumstance.

Dated: April 3, 2006