UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH THOMAS,                        )
         Plaintiff,                )
                                     )
    v.                              )   Civ. No. 05-2391 (CKK)
                                     )
FEDERAL AVIATION ADMN., et al.,      )
         Defendants.               )
_____      )

ANSWER

Defendants respectfully submit this Answer to plaintiff's Amended Complaint.

First Defense

The Court lacks jurisdiction over the subject matter.

Second Defense

The court lacks jurisdiction over the person.

Third Defense

There is improper venue.

Fourth Defense

There was insufficiency of process and service of process.

Fifth Defense

Plaintiff fails to state a claim upon which relief can be granted.

Sixth Defense

To the extent any *Bivens* claim is properly asserted, defendants are immune from suit.

## Seventh Defense

Answering the numbered paragraphs of the Complaint, utilizing the same paragraph numbering, defendant admits, denies, or otherwise avers as follows:

### Jurisdiction

1. Paragraph 1 is an introductory statement containing plaintiff's characterization of his action, for which no answer is required. To the extent an answer is deemed to be required, deny that a *Bivens* action my properly be brought against defendants.

### Venue

2. Paragraph 2 is plaintiff's legal conclusion as to venue to wich no response is required. To the extent one is required, deny.

### First Claim for Relief

This paragraph is plaintiff's conclusion of law to which no response is required. To the extent an answer is deemed to be required, deny.

### Prayer for Relief

This paragraph is plaintiff's request for relief to which no response is required. To the extent an answer is deemed to be required, deny that plaintiff should be granted any relief.

Demand for Jury Trial

This paragraph is plaintiff's demand for jury trial to which no response is required.

Defendants deny any allegations not specifically admitted herein.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of , 2006, a copy of the foregoing answer was mailed, postage prepaid to plaintiff pro se Keith Thomas
#T67081
Corcoran State Prison
S.H.U. 4-A, 2-R, Cell-21
PO Box 3476
Corcoran, CA 93212.

                                        Rhonda C. Fields
                                        Assistant United States Attorney