UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 05-2391 (CKK) |
| | ) |
| FEDERAL AVIATION | ) |
| ADMINISTRATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

This matter comes before the Court upon review of Plaintiff's *pro se* amended complaint. Plaintiff is a incarcerated at a state prison in California. Title 28 U.S.C. §1915A(b)(2) provides that the court should review as soon as practicable a civil action filed by a prisoner seeking redress against a government entity or employer, and dismiss the complaint if it "is frivolous, malicious, or fails to state a claim upon which relief may be granted."

It appears that the amended complaint could be subject to dismissal. Accordingly, plaintiff is

ORDERED to show cause by June 1, 2006 why this case should not be dismissed for failure to state a claim upon which relief can be granted.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: May 1, 2006