UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02391 |
| ) | Judge Kollar-Kotelly |
| THE FEDERAL AVIATION ) | |
| ADMINISTRATION, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MELANIE YOHE

I, Melanie Yohe, pursuant to the provisions of 28 U.S.C. § 1746, declare and state the following:

1.  I am a Freedom of Information Act Management Specialist with the Federal Aviation Administration's (FAA) Planning and Freedom of Information Act Staff (ARC-40) in Washington, D.C. I have held this position for 2 years; and I have been employed by the FAA in various other positions since 1991.

2.  As a FOIA Management Specialist with the FAA's FOIA staff, my duties include participating in the development of FOIA policies, providing FAA FOIA policy and procedural guidance and training for the headquarters and regional FOIA coordinators, assisting program offices in preparing their FOIA responses, and evaluating and responding to certain types of FOIA appeals and requests. While the FAA Planning FOIA Staff has a manager, I along with another FOIA Management Specialist, conduct the day-to-day operations for the FOIA program.

3.  According to Department of Transportation (DOT) FOIA regulations at 49 C.F.R. § 7, requests for records maintained by the FAA should be made to the FAA Administrator. This authority has been delegated to the Assistant Administrator for Regions and Center Operations. The FAA FOIA web page, as required by the Electronic FOIA Amendments of 1996, explains how to make a FOIA request to the FAA and lists the headquarters office and 15 regional offices and component offices that will accept FOIA requests. In addition, requests for FAA records can also be made to DOT and are then transferred to the FAA. Written requests for records can be made via the U.S. Postal Service, facsimile transmission, electronic mail or in person.

4.  All FOIA requests correctly addressed to one of the 16 components listed above are entered into the FAA's FOIA National Tracking System (NTS). Each FOIA request is assigned a distinct number and tracked through the NTS until its completion. The NTS contains, at a minimum, the requester's name, address, subject of the request, date of the request, date logged, date assigned, action offices, and the request status. Requests entered into NTS from any one of the 16 components can be retrieved by any other component. Any request entered into the NTS would be available to me at Headquarters and would be displayed by my searches.

5.  On March 16, 2006 I searched the NTS by the requester's name, Keith Thomas. I found no requests from Mr. Thomas. I also searched by the subject "9-11". At that time the agency had received 86 requests related to September 11, 2001, but none of the requests were from Mr. Thomas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of April, 2006 in Washington, D.C.

*Melanie Yohe*
Melanie Yohe
Freedom of Information Act
    Management Specialist, ARC-40