UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS,                     )<br>            Plaintiff,          )<br>                                            )<br>   v.                                      )<br>                                            )<br>FEDERAL AVIATION ADMN., et al.,  )<br>            Defendants.      )<br>_____  ) | Civ. No. 05-2391 (CKK) |

ORDER

Upon consideration of the defendants' motion to dismiss or in the alternative for summary judgment, and the plaintiff's response thereto, it is hereby

ORDERED that the defendants' motion is GRANTED and the plaintiff's complaint is dismissed.

Date:                              _____
                                         UNITED STATES DISTRICT JUDGE