U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Keith Thomas,
    Plaintiff

VS

Federal Aviation Admin,
    Defendant, et al

Case No. 1:05-cv-2391 CKK

Motion:
Requesting 8 month extension ~~to show cause why on~~ for Plaintiff to respond to defendants motion to dismiss or in the alternative for summary judgment.

Plaintiff is a state prisoner in the state of California and has received an order ~~to show cause why case~~ for Plaintiff to respond to defendant motion to dismiss or in the alternative for summary judgment. Plaintiff request an 8 month extension because of the Plaintiff is schedule for surgery at mercy hospital for a Bump that has occurred after a April 14, 2006, surgery at mercy hospital after surgery will be a lengthy recovery period. The Plaintiff request 8 month extension to recover from the surgery.

Dated: May 21, 2006

Respectfully submitted

[signature]

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF Columbia

Keith Thomas
    Plaintiff

Case No 1:05-cv-2391 CKK
Proof of service

vs

U.S. customs and Border
Protection, et al
    Defendant

I hereby certify that on May 31, 2006, I served a copy of the attached motion requesting 8 month extension for plaintiff to respond to defendants motion to dismiss OR IN the alternative for summary judgment, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States mail at:

Corcoran State Prison
3D03 Cell-117
P.O. Box 3461
Corcoran, CA. 93212

Addresses I served copies to:

Kenneth L. Wainstein
U.S. Department Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W
Washington D.C. 20001

U.S. District Court
Room 1225
333 Constitution Ave N.W

I declare under penalty of perjury that the foregoing is true and correct