*Let this be filed*
*Judge C Kollar-Kotelly 6/4/06*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

v

Federal Aviation, Admin, et al
    Defendants

Case No. 05-2391 (CKK)
Motion: 8 month extension of time to file Plaintiff respond to defendant Answer (motion to dismiss for summary judgment)

Plaintiff approaches this court requesting an eight months extension of time to file Plaintiff's repsond to defendant's Answer (motion to dismiss for summary judgment) because Plaintiff is schedule for a surgery at Mercy hospital in bakersfield and it will be a lengthy period for Plaintiff to recover from surgery because of a hange bump on the Plaintiff leg. The Plaintiff request a 8 month extension of the receipt and notice of this motion to the entirely period of 8 months. Mercy Hospital is in Bakerfeild, California

Dated: May 14, 2006

1. Plaintiff allege that Defendant Dr. Goth at UCLA/Harbor General Hospital, intentionally in the manner described above and with knowledge of Plaintiff's suffering and the risk of further serious harm that result from his action and refusal to act.

4. Defendant Dr. Goth at UCLA/Harbor General Hospital, conduct violated the constitution of the United State of American, (establish Justice, provide for common defence, promote the general welfare and secure the blessing of Liberty) and 42 U.S. 6d 1983, defendant conduct constitute deliberate indifference to Plaintiff 's serious medical needs in violation of his Eighth Amendment right to be free from cruel and unusual punishment a violation of.

Second claim for relief

(.) 1. The constitution of the United States of American violation -establish Justice, provide for common defense, promote the general welfare and secure the blessing of Liberty
2- Eighth Amendment violation- Deliberate indifference to serious medical needs

1. Plaintiff refers to and incorporate by reference herein the allegation of paragraph 1 through 4, inclusive.

2. Plaintiff's medical condition, the Plaintiff suffer condition significantly affecting the Plaintiff daily activities having chronic and serious pain, and pins in femur protrude out of bone, result of and failure treatment to leg, said injury has included; per pin protruded out of bone

3. Plaintiff allege that Defendant Physician, Miller, John Doe, John Doe, surgery team at Martin Luther King Jr Drew Hospital), intentionally in the manner described above and with knowledge of Plaintiff suffering and risk of further serious harm when Dr. Miller refuse he removed pin out in 1985, and negligent service to serious medical need that result of pin protruding from their and his action and refusal to act

U.S. District Court
District of Columbia

Thomas
    Plaintiff

vs

U.S. Customs And Border
Protection, et al

Case No: 1:05 cv-2362

Motion: 8 month extension of time to file Plaintiff Respond to defendants motion to dismiss or alternatively for summary judgment.

Plaintiff approaches this court requesting an eight months extension of time to file Plaintiffs Respond to defendants motion to dismiss or alternatively for summary judgment because Plaintiff is schedule for a surgery at mercy hospital in bakerfield and it will be a lengthy period for Plaintiff to recover from surgery because of a large bump on the Plaintiff legs. The Plaintiff request a 8 month extension of the receipt and notice of this motion to the ~~ent~~ entirety period of 8 months. Mercy hospital is in bakerfield, california.

Dated: may 14, 2006

4. Defendant Dr. Miller and physicnio Team, at Martin Luther King JR Drew Hospital ~~been~~ conduct violated the constitution of the United state of American (establish Justice, provide for common defense, promote the general welfare and secure the blessing of Liberty and 42 U.S.C § 1983, and the 8th amendment, the defendants conduct constitute deliberate indifference to plaintiff's serious medical needs, negligence medical malpractice in violation of his Eighth Amendment Right to be free from cruel and unusual punishment a violation of

## Third, claim for Relief

( 5th Amendment violation - equal protection of the Law and Life, liberty and property ( Political freedom & Liberty )
14th amendment violation - equal protection of the Law and Life, Liberty and property ( Political freedom & liberty)

1 Plaintiff refer to and incorporate by reference herein the allegation of paragraph I through 4, inclusive:

Plaintiff's filed a written ~~comp~~ claim to both Hospital to the administor for the purpose for the administrator to comply to Government code 700, 715, 900 and 910 It's require for compliance with such claim-filing provision ( see adler v. Pasadena (1964) 229 CA2d 518, 40 Cal. Rptr. 373). The claim statutes is to permit the public entity to make an early investigations of the facts and to enable it to decided whether the problem calls for litigation or settlement (see Myer v. Orange county (1970) 6 CA~~3d~~ 3d 626, 86 Cal. Rptr. (198), By this, Both Hospital refuse to comply.

2. Defendants administrator violated the 5th amendment and 14th Amendment and 42 U.S.C § 1983, the defendant conduct constitute Restriction ~~of~~ upon the Plaintiff rights to his 14th and 5th amendment of Political Freedom and liberty, under equal protection of Law and life, Liberty and property

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Keith Thomas
  Plaintiff

Case No. 05-2391 (CKK)
Proof of service

V

Federal Aviation, Admin
        et al
  Defendants

I hereby certify that on May 14, 2006, I served a copy of the attached motion, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States mail at:

Corcoran State Prison
3A03 Cell-117
P.O. Box 3461
Corcoran, CA. 93212

Addresses I served copies to:
  Attn: Clerk of the Court
  U.S. District Court
  Room 1225
  333 Constitution Ave
  N.W.
  Washington D.C. 20001

Kenneth L. Wainstein
Assistant United States
Attorney
Civil Division
555 Fourth Street
N.W
Washington D.C. 20530

I declare under penalty of perjury, that the foregoing is true and correct.

Exhibit
Blank form