Keith Thomas
CSP- Sacramento
FB2 cell-215
P.O. Box 290066
Represa, CA. 95671

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:05-cv-2391
Notice of Change of Address

1
2
3  Keith Thomas
4       Plaintiff
5
6  V
7  Federal Aviation Administration
8  et al
9
10  Plaintiff a prisoner give notice to this court that the Plaintiff has transfer
11  to Another prison in the State of California at CSP- Sacramento P.O. Box
12  290066, Represa, CA 95671. The Plaintiff request this court to send All notice to
13  this Address
14
15      Plaintiff declare under penalty of perjury that the foregoing is true
       And correct
16
17  Dated: June 21, 2006

Respectfully submitted

**RECEIVED**
JUN 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Addresses Plaintiff serves copies to:
U.S. Department of Justice
District of Columbia
Judiciary Center
555 Fourth street. N.W
Washington D.C. 20001