20 or copies
4 copies

Keith Thomas, CDC T-62081
CSP. Sacramento
Ad-seg FA7 cell-102
P.O. Box 290001
Represa, CA. 95671

Let this be filed
Judge CKollar-Kotelly
12/18/06

United States District Court
For The District Of Columbia

Keith Thomas,
    Plaintiff

V

Federal Aviation Administration, et al
    Defendant

Civil Action No. 05-2391 (CKK)

Affidavits
According to Neal V. Kelly, 963
F.2d 453, 456 (D.C. Cir. 1992)
quoting Lewis V. Faulkner, 689
F.2d 100, 102 (7th Cir. 1982)

Plaintiff objection/denial and untrue to the Defendant motion to Dismiss or in the Alternative for Summary Judgment

1. Plaintiff object and denial which is untrue, of the defendant assertion of no record of FOIA Request.
    A. Plaintiff is a confine prison in the California department of correction and has record of legal mail by all institutions that the Plaintiff has mail to the FAA and F.B.I

2. Plaintiff object and deny which is untrue the defendant assertion of Standard of Review
    A. The complaint state a claim under the Administrative Procedure Act and the Freedom of information Act, and the Bivens V. Six Unknown Agents, 403 U.S. 388 (1971) give the right of the Plaintiff to Remedy the violation of a Federal Law.

3. Plaintiff object and deny which is untrue the defendant assertion of Summary Judgment.
    A. Defendants are in violation of the Administrative Procedure Act and the Freedom of information Act and all the Rule and regulation of the Civil Service Reform Act, involving the merit System Protection Board, the office of Personnel management and the Federal Labor relation Authority and office of Special Counsel.

1

4. Plaintiff object and deny which is untrue the defendant assertion arugment of "Plaintiff's claims against certain defendants in their individual capacities must be dismissed because the Plaintiff failed to effect personnal service upon those defendants."

   A. The Plaintiff is a confine inmate in the California Scramento prison and is going through difficulties involving sending out legal mail where mailroom staff either open the Plaintiff legal mail or stop it to be send out see Exhibit A, 114-D placement notice of mail room staff opening legal mail.
   
   While confine the Plaintiff is limite to process legal mail proper require by Federal Law. This prison policy interfere with the Federal Law

5. Plaintiff object and deny which is untrue the defendant assertion of "To the extent the complaint is viewed as brought under Bivens, it must be dismissed because the Federal defendants are entitled to qualified immunity from suit."

   A. Defendants are not qualified immunity under the civil service reform Act, involving the merit system Protection Board, the office of Personnel management and the Federal Labor Relation authority and office of special, administrative Procedure Act and Freedom of information Act. And FTCA
   
   B. All defendants must provide the information about employee qunification, and all immigration and nationalization service about passport of student and USA dealing with Zacarias Moussoui, and all footage of film involving sept 11, 2001, attack of the World trade center in New York, All airplane departure and arrival of the air controller, All Taliban capture as well as Al-Qeneda member. All combat with the Taliban, and operation

Because of the Plaintiff limit to the Law Library to research the Act Law the defendants has violated the civil service reform Act, involving the merit System Protection Board, the office of Personnel management and the Federal Labor relation Authority and office of special: administrative Procedure Act and Freedom of information Act and FTCA

2

1. Clearly set forth the specific laws that the defendants has violated, involving the allegation that the Plaintiff has set forth what the defendants has done.

Bivens provide that remedy for the relief of for the Plaintiff, herein set forth.

6. Plaintiff object and deny which is untrue the defendant assertion of "To the extent plaintiff may be construed to be suing the Federal defendants in their official capacities, the suit is barred by the doctrine of sovereign immunity."

The Plaintiff allega that defendant fail to response to request, and to put information about the Plaintiff under the Freedom of Information Act see Exhibit C, Privacy waiver and certification of identity and Exhibit D, declaration

7. Plaintiff object and deny which is untrue the defendant assertion of "Plaintiff's claim must be dismissed for failure to exhaust administrative remedies"

   A. Defendants fail to provide the information to pursue the doctrine in Administrative Law, require by the Civil Service Reform Act, involving the Merit System Protection Board, the office of Personnel Management and the Federal Labor Relation Authority and office of special counsel and administrative procedure act, and the Freedom of Information Act.
   
   Defendant deprive the Plaintiff to seek this course of action

8. Plaintiff object and deny which is untrue the defendant assertion of "No FOIA request for the information at issue."

   Plaintiff has mail to defendant request whom defendants has filed to response to the request. See Exhibit A, letter Sept 11, 2006, and Exhibit B dated Sept 27, 2006.

## CONCLUSION

For the reasons set forth above, Plaintiff's complaint ought not to be dismissed and/or in the alternative summary judgment ought not to be granted to defendants

Respectfully submitted

Dated: Dec 6, 2006

Exhibit A
Sept 11, 2006
letter

**DEPARTMENT OF THE ARMY**
FREEDOM OF INFORMATION AND PRIVACY DIVISION
7701 TELEGRAPH ROAD, SUITE 144
ALEXANDRIA, VA 22315-3905

September 11, 2006

FOIA 06-1364

Inmate Keith Thomas, CDC T-67081
CSP-Sacramento
FB2 Cell-215
P. O. Box 290066
Represa, CA 95671-0066

Inmate Thomas:

This responds to your Freedom of Information Act request dated June 25, 2006. You are requesting a copy of Army policy directive of the Administration of Military Justice and Ethics and Standards of Conduct and a list of events involving Army activities. Your request is being processed in accordance with Title 5 United States Code 552, <u>The Freedom of Information Act</u> (FOIA).

We have referred your request to the following agency for review and direct response to you:

> Office of the Judge Advocate General
> ATTN: DAJA-AL
> 2200 Army Pentagon, RM 1E739
> Washington, DC 20310-2200

If you have questions regarding the status of your request, you should contact that activity at the address or phone number above. If this office can be of further assistance, please contact Mr. Hargrove, at the above address on the letterhead or at (703) 428-6504.

Sincerely,

Robert Dickerson
Chief, U.S. Army Freedom of Information
    and Privacy Office

Printed on Recycled Paper

Exhibit B
Sept 27, 2006
letter



DEPARTMENT OF THE ARMY
OFFICE OF THE JUDGE ADVOCATE GENERAL
1777 North Kent Street
Rosslyn, Virginia 22209-2194

REPLY TO
ATTENTION OF:

September 27, 2006

Criminal Law Division

Mr. Keith Thomas, CDCT-67081
CSP-Sacremento
FB2 Cell-215
PO Box 290066
Represa, CA 95671-0066

Dear Mr. Thomas:

   This letter responds to your Freedom of Information Act (FOIA) request dated June 25, 2006 wherein your requested copies of Army regulations concerning military justice and ethics. You also requested a "list of events involving Army activities." Your request was processed under the FOIA, 5 U.S.C. Section 552(b) and Army Regulation 25-55, The Department of the Army FOIA Program.

   Army Regulation 27-10 concerns the administration of military justice. Army Regulation 27-26 concerns ethical rules for Army attorneys. They are located at http://www.apd.army.mil/pdffiles/r27_10.pdf and http://www.apd.army.mil/pdffiles/r27_26.pdf. The complaint process is explained in Army Regulation 27-1, Chapter 7. It is located at http://www.apd.army.mil/pdffiles/r27_1.pdf. There is no Army form concerning a standards of conduct complaint. The Joint Ethics Regulation also governs conduct of Army employees. It is located at http://www.dod.mil/dodgc/defense_ethics/ethics_regulation/. As these publications are public documents that can be accessed on the internet, no copies will be provided to you from this office. As it is too vague for action, I am unable to process your request for "list of events involving Army activities."

   If you consider my response to be denial of your request, you may appeal the decision within sixty calendar days of the date of this letter, through this office to the Secretary of the Army, Attention: Office of the General Counsel, 104 Army Pentagon, Room 3C546, Washington, D.C. 20310-0104.

Sincerely,

Flora D. Darpino
Colonel, US Army
Chief, Criminal Law Division

Exhibit C

# Privacy Waiver and Certification of Identity

FOIPA Request Number _____
(if known)

Full Name: _Keith Thomas CDC T-67081_

Current Address: _CSP-Sacramento_
_FC7-cell-111_
_P.O. Box 29000_
_Represa, CA. 95671_

Date of Birth: _10-21-1967_   Place of Birth: _Los Angeles_

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_P.O. Box 13390 Adriann K CBA Banker Sacramento, CA_

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(Name, address, & phone of Attorney or other Designee)

_NBC Inc, CEO_
_Burbank, California, ABC news,_
_CBS news, K-CAL news, Channel-5,_
_Ted Turner Television Network, etc_

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _[signature]_   Date: _Nov 12, 2006_

Exhibit D

Keith Thomas, CDC T-67081
CSP-SACRAMENTO
Ad-Seg FA7 Cell-102
P.O. Box 290001
Represa, CA. 95671

declaration

I Keith Thomas, declare that I'm writing this declaration in support of the Attach Privacy Waiver and Certification of identity, I'm authorizing the FBI to obtaing the California department of Correction Central file of mine involving CDC T-67081, and E-47443 and S-number prison number that consist of all prison documents And to obtain the Board of prison hearing tapes, police report, Revocation hearing proceeding since 1990 to 2000. Also I'm requesting the FBI to obtain all medical record, X-ray film and reports, Dental record as well as psych file keep by the California department of Correction. Also I am authorizing the FBI to obtain my juvnile hall records and all court proceeding of me during juvnile Hall detention as well as placement document at central juvnile Hall consisting of Dental record, medical record and transfer records to Martin Luther King Jr. Hospital for medical treat, school records, grades and attendance and placement records.

Also I request the FBI, to obtain all records at the Los Angeles County jail and orange County jail consist of medical records, transfer (infrastructure), psych file, gang files, Housing record since 1986 to 2006. I authorize the F.B.I to place all documents herein mention under the freedom of information Act, and I hereby waive my right to privacy and I authorize the FBI to release any and all information relating to me to

    Ted turner television network
    NBC Network
    ABC Network
    Fox television network
    CBS Inc.

I

K-cal INC.
Channel-5 company
Time magazine,
New weekly
U.S. News
Los Angeles Times
L.A Sentinel
Final call
U.S.A Today news paper
Esquire magazine
Los Angeles magazine
New York Times

Also I authorize the FBI to obtain all state and Federal civil complaint I file in the state of California, Kansas, Virginia (Eastern) and Oregon and Washington D.C. This consist of in California:

Federal see attached select a case (in its entirety)
1. Keith Thomas, v. Richard Dilewig 1:06-cv-00481-oww-DLB
2. Keith Thomas v. Judge Kazuhanu Makino, et al CV-06-3853 (E)
3. Keith Thomas v. Officer Duran, et al CV-F-06-0315 oww wmw P
4. Keith Thomas v. M. Vella, et al CV-F-06 0562 AWI wmw P
5. Keith Thomas v. John Doe clerk of court case No. 06-CV-01158 AWI-sms

State in California
1. Keith Thomas v. Martin Luther King Jr. Hospital et al case No BC 356810
2. Keith Thomas v. Leroy D. Baca case No BC 357883
3. Keith Thomas v. Social security admin and Park and Recreation case No BC 357768
4. Keith Thomas v. James M. Crawford, et al, case No. BC356821
5. Keith Thomas v. Secretary of CDCR Jeanne Woodford case No 06 C-0354
6. Keith Thomas v. Bruce Darling, et al case Number No 06 C-0346
7. Keith Thomas v. Mark Fried et al, case No BC357769
8. Government claim no. G560527
9. Trans Union credit report file number 155809071-019

Civil complaint I've file with Sacramento superior court, Kern County Superior court Orange County Superior court civil Division showing the address title Keith Thomas, CDC T-67081, CSP-Sacramento, Ad-seg FA7 cell-102, P.O. Box 920001, Represa, 95671

And Keith Thomas, v. A.K Scribner, Warden, Responden case No SA CV-05-1050-RGK (PLA)

And to obtain my criminal transcript under CCIL number: A08302284

FBI -620230HA2, and CDL- A3526305

I Request that the FBI give notice to these Corporations for the purpose of obtaining the information herein under the ~~Freedom~~ Freedom of Information Act to these Corporations:

1. Ted turner television network
2. N.B.C network
3. ABC network
4. Fox television network
5. CBS Inc.
6. K-CAL Inc
7. Channel-5 company
8. Time magazine
9. New weekly magazine
10. U.S. News magazine
11. Los Angeles time newspaper
12. L.A. Sentinel newspaper
13. Final Call newspaper
14. U.S.A today newspaper
15. Esquire magazine
16. Los Angeles magazine
17. New York Times newspaper

I agree to authorize the FBI to give all information and documents to the requester and agree to authorize the FBI to put all documents under the Freedom of information Act.

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of title 18, United States code (U.S.C), section 1001 by a fine of not more than 10,000 or by imprisonment of not more than five years, or both; and that Requesting or obtaining any records(s) under false pretense is punishable under the provisions of title 5, U.S.C Section 552 (a)(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Dated: Dec 6, 2006

Respectfully submitted

3

Exhibit A

# Select A Case

**This person is a party in 38 cases.**

| | | |
|---|---|---|
| 1:99-cv-05691-AWI-LJO | (PC) Thomas v. Smooth, et al | filed 05/19/99 |
| 1:99-cv-06002-OWW-HGB | (HC) Thomas v. Galaza, et al | filed 07/15/99 |
| 1:99-cv-06003-REC-DLB | (PC) Thomas v. Galaza | filed 07/15/99 |
| 1:99-cv-06339-AWI-DLB | (PC) Thomas v. Garvin | filed 09/14/99 |
| 1:99-cv-06377-OWW-HGB | (PC) Thomas v. Nicholus, et al | filed 09/21/99 |
| 1:99-cv-06379-REC-SMS | (PC) Thomas v. Tresca | filed 09/21/99 |
| 1:99-cv-06473-REC-HGB | (PC) Thomas v. Dill | filed 10/06/99 |
| 1:99-cv-06551-OWW-DLB | (PC) Thomas v. Welford | filed 10/25/99 |
| 1:99-cv-06553-AWI-HGB | (PC) Thomas v. Kim, et al | filed 10/25/99 |
| 1:99-cv-06662-REC-DLB | (PC) Thomas v. Gomez | filed 11/22/99 |
| 1:99-cv-06665-REC-DLB | (PC) Thomas v. Stockman, et al | filed 11/22/99 |
| 1:00-cv-05016-AWI-DLB | (PC) Thomas v. Armenta | filed 01/04/00 |
| 1:00-cv-05207-REC-DLB | (PC) Thomas v. Anderson | filed 02/07/00 |
| 1:00-cv-05299-REC-LJO | (PC) Thomas v. McCathy | filed 02/24/00 |
| 1:00-cv-05345-AWI-LJO | (PC) Thomas v. Galaza | filed 02/29/00 |
| 1:00-cv-05346-AWI-DLB | (PC) Thomas v. Galaza | filed 02/29/00 |
| 1:00-cv-05347-OWW-LJO | (PC) Thomas v. Rousseau, et al | filed 02/29/00 |
| 1:00-cv-05348-OWW-LJO | (PC) Thomas v. Galaza | filed 02/29/00 |
| 1:00-cv-05349-OWW-DLB | (PC) Thomas v. Lopez | filed 02/29/00 |
| 1:00-cv-05350-AWI-HGB | (PC) Thomas v. Bean | filed 02/29/00 |

| Case Number | Case Name | Filed Date |
|---|---|---|
| 1:00-cv-05391-REC-DLB | (PC) Thomas v. Galaza | filed 03/07/00 |
| 1:00-cv-05392-OWW-DLB | (PC) Thomas v. Vogel | filed 03/07/00 |
| 1:00-cv-05497-AWI-DLB | (PC) Thomas v. Gomez | filed 03/28/00 |
| 1:00-cv-05514-OWW-HGB | (PC) Thomas v. Vogel, et al | filed 03/31/00 |
| 1:00-cv-05547-OWW-DLB | (PC) Thomas v. Oxford Law Library, et al | filed 04/07/00 |
| 1:00-cv-05576-OWW-DLB | (PC) Thomas v. Galaza | filed 04/12/00 |
| 1:00-cv-05634-AWI-HGB | (PC) Thomas v. Galaza, et al | filed 04/25/00 |
| 1:00-cv-05646-AWI-SMS | (PC) Thomas v. Yatamoto, et al | filed 04/26/00 |
| 1:00-cv-05772-REC-SMS | (PC) Thomas v. Galaza | filed 05/23/00 |
| 1:00-cv-05774-REC-HGB | (PC) Thomas v. Galaza | filed 05/23/00 |
| 1:00-cv-05775-REC-DLB | (PC) Thomas v. Garcia, et al | filed 05/23/00 |
| 1:00-cv-05776-OWW-DLB | (PC) Thomas v. Vogel, et al | filed 05/23/00 |
| 1:00-cv-05840-REC-DLB | (PC) Thomas v. Law Librarian Oxford, et al | filed 06/05/00 |
| 2:94-cv-01774-DFL-GGH | (PC) Thomas v. Duran | filed 10/31/94 |
| 2:99-cv-01592-WBS-JFM | (PC) Thomas v. Cooper, et al | filed 07/22/99 |
| 2:99-cv-02011-FCD-DAD | (PC) Thomas v. Allen | filed 09/17/99 |
| 2:99-cv-02166-LKK-DAD | (PC) Thomas v. Ylst | filed 04/26/99 |
| 2:00-cv-01537-FCD-DAD | (PC) Thomas v. Ylst | filed 11/22/99 |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/22/2005 17:22:58 | | |
| PACER Login: | ad0099 | Client Code: |
| Description: | Search | Search Criteria: Last Name: thomas First Name: keith |

## Select A Case

This person is a party in 4 cases.

1:01-cv-05622-OWW-HGB   (PC) Thomas v. Yates, et al   filed 03/30/01

1:02-cv-06512-AWI-HGB   (PC) Thomas v. Olsen, et al   filed 12/05/02

1:02-cv-06519-REC-HGB   (PC) Thomas v. Shen   filed 12/06/02

1:02-cv-06523-OWW-LJO   (PC) Thomas v. Tresca   filed 12/06/02

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2005 17:23:41 | | | |
| PACER Login: | ad0099 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: thomas First Name: keith |
| Billable Pages: | 2 | Cost: | 0.16 |

*[handwritten: March 31, 1968 Speech of Martins Luther King]*

## Select A Case

This person is a party in 8 cases.

| Case Number | Case Name | Filed Date |
|---|---|---|
| 1:02-cv-06600-OWW-LJO | (PC) Thomas v. | filed 12/19/02 |
| 1:03-cv-05682-REC-DLB | (PC) Thomas, et al v. Huddleston, et al | filed 05/27/03 |
| 1:03-cv-05985-OWW-DLB | (PC) Thomas, et al v. Grants, et al | filed 07/22/03 |
| 1:03-cv-06024-REC-LJO | (PC) Thomas v. Doe | filed 07/29/03 |
| 1:03-cv-06095-OWW-HGB | (PC) Thomas, et al v. Davis | filed 08/13/03 |
| 1:03-cv-06096-AWI-DLB | (PC) Thomas, et al v. Doe | filed 08/13/03 |
| 1:03-cv-06323-AWI-DLB | (PC) Thomas v. Shennell, et al | filed 09/25/03 |
| 1:04-cv-06426-OWW-DLB | (PC) Thomas v. Doe | filed 10/19/04 |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/22/2005 17:23:31 | | |
| PACER Login: | ad0099 | Client Code: |
| Description: | Search | Search Criteria: Last Name: thomas First Name: keith |
| Billable Pages: | 2 | Cost: 0.16 |



Exhibit A

| Billable Pages: | 4 | Cost: | 0.32 |
|---|---|---|---|

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, Keith Thomas, am over the age of eighteen (18) years, and (I am) (am not) a party to the within cause of action. My address is:

Keith Thomas CDC T-67081
CSP-Sacramento
~~Ad-seg FA7 cell 102104~~
P.O. Box 290001
Represa, CA. 95671

On, Dec 6, 2006, ~~2006~~, I served the following documents: copy Affidavit / declarations and perjury waiver and certification of Identity / Exhibit (select a case) on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. David M. Hardy
U.S. Department of Justice
Federal Bureau of Investigation
935 Pennsylvania Ave N.W.
Washington D.C. 20535

2. U.S Dept of Justice
Kenneth L. Wainstein D.C BAR 451058
U.S. Attorney
District of Columbia
Judiciary Center
555 Fourth Street N.W
Washington D.C. 2001

3. Office of the clerk, U.S. District court for the District of Columbia
1×34 U.S. Courthouse
333 Constitution Ave. N.W
Washington D.C. 20007

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 1 Wed day of Dec 6, 2006 ~~_____~~, 2006, at California State Prison at Sacramento, Represa, California.

(Signature) _____
Declarant