UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEITH THOMAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2391 (CKK) |
| ) | |
| **FEDERAL AVIATION** ) | |
| **ADMINISTRATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum Opinion issued this 25th day of January, 2007, it is

ORDERED that Defendants' motions to dismiss or, in the alternative, for summary judgment [13][15] are GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of defendants Federal Aviation Administration and the Federal Bureau of Investigation. It is

FURTHER ORDERED that defendants Robert Mueller, Donald Rumsfeld and John Does are DISMISSED. It is

FURTHER ORDERED that Plaintiff's motion to amend the complaint [10] is GRANTED. It is

FURTHER ORDERED that the Clerk of the Court issue a copy of the summonses and complaint to defendants Department of Defense, the Department of the Navy, the United States Marines, the Department of the Air Force, the Department of the Army, the Central Intelligence Agency, the United States Coast Guard, the Government Accountability Office, the Department of Energy, the Department of Homeland Security's Immigration and Customs Enforcement and

Customs and Border Protection, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Federal Communications Commission in order for the United States Marshal to effect service.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge