1

2  Keith Thomas,
3  CDCT-67081
   CSP Sacramento
4  FC3 Cell 208
   P. O. Box 290001
5  Represa, CA 95671

**RECEIVED**

FEB 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

7  Keith Thomas,
8         Plaintiff                   CASE NO. 05-2391 (CKK)
                                       Amended Complaint
9  VS.                                 Violation of FOIA,
                                       Affidavit
10 Federal Aviation
   Administration, et al
11           Defendant

12

13  The Plaintiff file this amended complaint under Bivens v. Six

14  Unknown Agents, 403 U.S. 388 (1971), for the violation of the Freedom

15  of information Act, 5. U.S.C. 552 (A)(1)(A)(B)(C) and C.D

16  (Public information, Agency Rules opion, orders, records and proceeding,

17  And the Civil service reform Act (merit system Protection Board)

18      The defendants deprive the to provide the Agencies Rules, involving

19  employment, qualification, complaint procedure involve Agencies employees,

20  and the opportunity to provide documents of the Plaintiff's, involving

21  the Plaintiff, FBI number 620230 HA2, to obtain police reports,

22  court transcripts, Attorneys names, soon the Los Angeles county sheriff

23  jail documents, see Exhibit A, criminal History transcript Dated

24  3-14-2006

25   Defendant deprive to make available and to provide information of

26  its Rules, procedure, description of forms available or the place at which

27  forms maybe obtained and instruction as to the scope and contents of

28  All papers, report or examination authorized by Federal law according

1

1  to 5. U.S.C. 552 (A) (A) and deprive to make available statements
2  of the general course and method by which its function are channeled
3  and determined, including the nature and requirements of all formal and
4  informal procedures available authorize by Federal Law according
5  to 5. U.S.C 552 (a) (B) as well as (A) and (c): (2) (A) (B) and (e)
6         This is for the purpose of establishing records with the
7  Federal Bureau of investigation under the FBI number 620230
8  HA2, see case Weinberg V. U.S. Dept of Justice, C.A. D.C. 1980, 631, F.2d
9  824, 203 U.S. App. D.C. 242, 207 U.S. P.Q 1080, this is prescribe within
10 5 U 552. N. 69 records within section Generally, whereupon the Plaintiff
11 authorize the Federal Bureau of investigation to obtain materials
12 (documents) of the Plaintiff involving Plaintiff materials (document)
13 submitted and authorize by the Plaintiff for the Federal Bureau
14 of investigation to maintain as agency record, under the freedom
15 of information, see U.S. Dept of Justice V. Tax analysis, U.S. Dist. Col.
16 1989, 109 S.ct. 2841. 492 U.S. 136, 106. L Ed, 2d 112, see Ciba V.
17 Geigy corp V. Mathew D.C. N.Y. 1977. 428 F. Supp. 523
18        Defendant, David M. Hardy admit he is familiar
19 with the procedures of the FOIA 5. U.S.C. 552, see (Exhibit B,
20 declaration of David M Hardy page 2 second paragraph). the defendant
21 David M Hardy, knows to make available 5. U.S.C. 552 (a) (A)(B)
22 (c), (D), (2)(A) (B) (c), whom the defendant David M. Hardy
23 deprive to make available for the purpose of the Plaintiff to establish
24 agency records with the Federal Bureau of investigation under the
25 Freedom of information Act, see U.S. Dept. of Justice V. Tax analysis
26 U.S. Dist. col. 1989, 109. S.ct. 2841, 492 U.S. 136, 106 L. Ed. 2d 112
27        The Plaintiff file an Affidavit objecting the defendants
28 motion to dismiss, see (Exhibit C, Affidavit) The Plaintiff file to

2

1  A Privacy Waier and certification of Idenidy with the federal
2  Bureau of ~~informa~~ investigation, see Exhibit C. 4. The Plaintiff
3  Request the F B I to make all documents Relading to the Plaintiff
4  Since boath of the Plaindiff of 10-21-1967 Agency Records, of the
5  Federal Bureau of investigation whom the defendants deprive to do

## Prayer for Relief

6
7
8  1. correct the defendants by ordering the defendands to
9     conform to the Freedom of information Act S. U. S. c. 552
10    (A) (1) (B) (C) and (D) and provide these documents
      to the Plaindiff
11
12 2. order defendants to make all of Plaintiff documents of F.B.I
13    No number 620.230 HA2, court pending, elementary, Je high
14    School, High school, juvenile Hall, birth certification, prison
15    Central file, parole hearing documents, agency records
      According to S. U. S c. 552 (a) (B) (n) and (c); (2) (A)(B)
16    And (C)
17

18 Dated: Fed 7, 2007
19
20
21                                     Respectfully submitted
22

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

☐  Municipal Court

☐  Superior Court

☐  Appllelate Court

☐  State Supreme Court

☐  United States District Court

☐  State Circuit Court

☐  United States Supreme Court

☐  Grand Jury

```
STATE OF CALIFORNIA              REQUESTED FOR:CADJSACRAMENTO
DEPARTMENT OF JUSTICE            ATTN:RECORD REVIEW H216 SANTOSR
BUREAU OF CRIMINAL              REQUESTED BY:CA0349400   MNEMONIC:CJRZ
IDENTIFICATION                  DATE:20060314  TIME-10:22:05  PAGE:001
```

```
        CRIMINAL HISTORY TRANSCRIPT            FOR OFFICIAL USE ONLY
              *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*
```

```
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE EMAIL
   PALM.PRINT@DOJ.CA.GOV                      RELEASED FOR
**III CALIFORNIA ONLY SOURCE RECORD          PERSONAL USE ONLY
***************************************************************
DO NOT COLLECT DNA.  SAMPLES VERIFIED BY SUBMITTING TO BE USED FOR
AGENCY RECEIVED BY THE CAL-DNA LAB.  FOR INFO EMPLOYMENT, LICENSING,
(510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.  OR CERTIFICATION PURPOSES
```

```
   CII NUMBER     DOB      SEX       RACE        HGT  WGT  EYE  HAIR  POB
   A08302284   19671021     M     BLACK         603  170  BRO  BRO   CA
```

```
   NAMES
   01 THOMAS,KEITH PERZELL           02 THOMAS,KEITH PUERZELL
   03 THOMAS,KEITH PERZEL            04 THOMAS,KEITH PREZELL
   05 THOMAS,KIETH PREZELL           06 THOMAS,KEITH
   07 MONIKER,KLOVE
```

```
   MONIKERS
   LOVERBOY                 KLUV
   K LOVE                   KLOVE                  NOV 2 9 2006
```

```
   MISCELLANEOUS NUMBERS
   FBI-620230HA2
   DOB-19670221
   CDL-A3526305
   SOC-550595686    555059568    550598686    550595616
   INN-CDC-E047443  CDC-T067081
```

```
   SCARS/MARKS/TATTOOS
   TAT R HND    TAT L HND    TAT R ARM    TAT L ARM    TAT FACE    TAT R LEG
```

```
   OCCUPATIONS
   ENTERTAINER              STUDENT
   GRAVE SELLER             DOCK WORK
   LABORER
```

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

```
ARREST/DETAINED/CITED
19860823  CAUVPD LOS ANGELES       01    01   -ATTEMPTED
          86-4281                             487,1 PC-GRAND
                                             THEFT:PROPERTY
```

(CONTINUED PAGE 002)                                              01155

DATE:20060314   TIME-10:22:05   PAGE:002
CII NUMBER:A08302284   NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

ARREST/DETAINED/CITED
19861107   CAPDINGLEWOOD          01    01   451(D) PC-ARSON:PROPERTY
           A-103840

                                          02   459 PC-BURGLARY

COURT ACTION
19870403   CASCLOS ANGELES TORRANCE   01    01   602 PC-TRESPASSING
           A917007

                                          -CONVICTED-PROB/JAIL
                                           MISDEMEANOR
                                    SEN:
                                    003 YEARS PROBATION, 090 DAYS
                                    JAIL, WORK PROGRAM, IMP SEN SS

                                    19880307  -PROBATION MODIFIED
                                    COM:
                                    120 DS JL PROB TERM UPON REL

ARREST/DETAINED/CITED                                  NOV 2 9 2006
19861112   CASOLOS ANGELES          02    01   -WARRANT
           8835363                                459 PC-BURGLARY
                                    COM:
                                    WARR NBR A917007

ARREST/DETAINED/CITED
19870211   CAPDLOS ANGELES          01    01   484(A) PC-THEFT OF
           2126920T-8964027                     PERSONAL PROPERTY

COURT ACTION
19870212   CASCLOS ANGELES METRO    01    01   484(A) PC-THEFT OF
           87M29291                             PERSONAL PROPERTY
                                                -CONVICTED-PROB/JAIL
                                                 MISDEMEANOR
                                    SEN:
                                    024 MONTHS PROBATION, 030 DAYS
                                    JAIL, IMP SEN SS

(CONTINUED PAGE 003)                                         01156

DATE:20060314  TIME-10:22:05  PAGE:003
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
        *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|---|---|---|---|---|

ARREST/DETAINED/CITED

| 19870907 | CAUVPD LOS ANGELES 87-4165 | 01 | 01 | 459 PC-BURGLARY |

COURT ACTION

| 19871023 | CASCWEST LOS ANGELES 87W06829 | 01 | 01 | 594(A) PC-VANDALISM |
| | | | | -DISMISSED/FURTHERANCE OF JUSTICE |
| | | | 02 | 647(G) PC-DISORD CONDUCT:LOITER PRIVATE PROP |
| | | | | -DISMISSED/FURTHERANCE OF JUSTICE |
| | | | 03 | 602(J) PC-TRESPASS:INJURE PROPERTY |
| | | | | -CONVICTED-PROB/JAIL MISDEMEANOR |

NOV 2 9 2006

SEN:
036 MONTHS PROBATION, 010 DAYS JAIL, IMP SEN SS

ARREST/DETAINED/CITED

| 19870922 | CASOLOS ANGELES 9294976-870982909 | 01 | 01 | 602(N) PC-TRESPASS:REFUSE TO LEAVE PROPERTY |

COURT ACTION

| 19870923 | CASCBEVERLY HILLS 87M02919 | 01 | 01 | 602(N) PC-TRESPASS:REFUSE TO LEAVE PROPERTY |
| | | | | -DISMISSED/FURTHERANCE OF JUSTICE |
| | | | 02 | 602(J) PC-TRESPASS:INJURE PROPERTY |
| | | | | -CONVICTED-PROB/JAIL MISDEMEANOR |

SEN:
006 MONTHS PROBATION, 002 DAYS JAIL

(CONTINUED PAGE 004)

01157

DATE:20060314  TIME-10:22:05  PAGE:004
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|
| ARREST/DETAINED/CITED | | | | |
| 19871109 | CAPDINGLEWOOD A103840 | 03 | 01 | 12031(A) PC-CARRY LOADED FIREARM:PUBLIC PLACE |
| COURT ACTION | | | | |
| 19871112 | CASCINGLEWOOD 87M08185 | 03 | 01 | 12031 PC-CARRY LOADED FIREARM IN PUBLIC PLACE -CONVICTED-PROB/JAIL MISDEMEANOR |
| | | | | SEN: 036 MONTHS PROBATION, 010 DAYS JAIL |
| ARREST/DETAINED/CITED | | | | |
| 19871217 | CAPDINGLEWOOD A 103840 | 04 | 01 | 246 PC-SHOOT AT INHABITED DWELLING/VEHICLE/ETC |
| ARREST/DETAINED/CITED | | | | |
| 19880824 | CAPDINGLEWOOD 103840 | 04 | 01 | 245(A)(1) PC-FORCE/ADW NOT FIREARM:GBI LIKELY |
| COURT ACTION | | | | |
| 19881102 | CASCINGLEWOOD 88M06401 | 04 | 01 | 245(A)(1) PC-FORCE/ADW NOT FIREARM:GBI LIKELY -CONVICTED-PROB/JAIL MISDEMEANOR |
| | | | | SEN: 024 MONTHS PROBATION, 090 DAYS JAIL |
| ARREST/DETAINED/CITED | DOB:19671021 | | | |
| 19890310 | CAUVPD LOS ANGELES 89-1090 | 04 | 01 | 12025(B) PC-CARRY CONCEALED WEAPON ON PERSON |
| COURT ACTION | | | | |
| 19890711 | CASCLOS ANGELES S MONICA A741808 | 04 | 01 | 12025(B) PC-CARRY CONCEALED WEAPON ON PERSON -CONVICTED-PROB/JAIL FELONY |

NOV 2 9 2006

(CONTINUED PAGE 005)                                    01158

DATE:20060314  TIME-10:22:05  PAGE:005
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT            FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|-------------------|------|-------|--------|

SEN:
036 MONTHS PROBATION, 270 DAYS
JAIL, IMP SEN SS

19900214  -PROBATION REVOKED
SEN:
016 MONTHS PRISON

ARREST/DETAINED/CITED        DOB:19671021
19891228  CAPDLOS ANGELES        04    01  12020(A) PC-POSSESS/MFG/
          2126920T-1773456                    SELL DANGEROUS WPN/ETC

CDC CUSTODY
19900228  CASDCORRECTIONS        01    01  12025(B) PC-CARRY
          E47443                              CONCEALED WEAPON ON PERSON
                                     SEN:
                                     016 MONTHS PRISON
                                             COUNTY SENTENCED FROM:
                                             LOS ANGELES CO
                                     COURT #:A741808

                              19900721  -PAROLED FROM CDC
                                         RECEIVED BY:
                                         CAPALOS ANGELES CO

                                                    NOV 2 9 2006

ARREST/DETAINED/CITED        DOB:19671021
19900808  CAPDLOS ANGELES        04    01  -ATTEMPTED
          2126920T-2131557                    459 PC-BURGLARY

CDC CUSTODY
19900817  CASDCORRECTIONS        01    01  VIOLATION OF PAROLE
          E47443
                                             -TO FINISH TERM

                              19910205  -PAROLED FROM CDC
                                         RECEIVED BY:
                                         CAPALOS ANGELES CO

(CONTINUED PAGE 006)                                          01159

DATE:20060314  TIME-10:22:05  PAGE:006
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

ARREST/DETAINED/CITED          DOB:19671021
19910320   CAPDLOS ANGELES          01     01  23110(B) VC-THROW SUBSTNCE
           2126920T 2475883                      AT VEH W/GBI INTENT
                                      19910321  -PROS DEFERRED FOR
                                                 REVOCATION OF PAROLE

CDC CUSTODY
19910327   CASPCHINO                06     01  VIOLATION OF PAROLE
           E47443
                                               -TO FINISH TERM

ARREST/DETAINED/CITED          DOB:19671021
19910409   CAPDLOS ANGELES          05     01  459 PC-BURGLARY
           2126920T-2504264

COURT ACTION
19920224   CASCLOS ANGELES CENTRAL  05     01  459 PC-BURGLARY:SECOND
           BA036950                              DEGREE
                                                 -CONVICTED COMMITTED TO
                                                  PRISON
                                                  FELONY
                                      SEN:                  NOV 2 9 2006
                                      002 YEARS PRISON

CDC CUSTODY
19920318   CASDCORRECTIONS          01     01  4574(A) PC-WEAPON/TEAR GAS
           E47443                                OFFENSE:PRISON/ETC
                                               COURT #:BA047233

                                          02  459 PC-BURGLARY:SECOND
                                                 DEGREE
                                               SEN:
                                               002 YEARS PRISON
                                                 COUNTY SENTENCED FROM:
                                                 LOS ANGELES CO
                                               COURT #:BA036950

(CONTINUED PAGE 007)                                        01160

DATE:20060314  TIME-10:22:05  PAGE:007
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

```
        CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
             *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*
```

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

ARREST/DETAINED/CITED
19931003  CASDCORR VACAVILLE      01    01   -IN PRISON ARR
          E47443                             4501.5 PC-BATTERY BY
                                             PRISONER
                              19931129   -PROS REJ-INTEREST OF
                                             JUSTICE

ARREST/DETAINED/CITED
19940518  CASDCORR PELICAN BAY    01    01   -IN PRISON ARR
          E47443                             4502 PC-PRISONER POSSESS
                                             WEAPON

COURT ACTION
19950706  CASCDEL NORTE           01    01   -ATTEMPTED
          95-056-X                           12020 PC-POSSESS/MFG/SELL
                                             DANGEROUS WEAPON/ETC
                                               -CONVICTED COMMITTED TO
                                                 PRISON
                                                 FELONY          NOV 29 2006
                                             SEN:
                                             008 MONTHS PRISON, FINE,
                                             CONSECUTIVE

CDC CUSTODY
19940929  CASDCORRECTIONS         06    01   12020(A) PC-POSSESS/MFG/
          E47443                             SELL DANGEROUS WPN/ETC
                                             SEN:
                                             016 MONTHS PRISON
                                                   COUNTY SENTENCED FROM:
                                                   SOLANO CO

                                             COM:
                                             CTN C378589

                                             COM:
                                             CCN-6062D035837

(CONTINUED PAGE 008)                                    01161

DATE:20060314  TIME-10:22:05  PAGE:008
CII-NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
           *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

ARREST/DETAINED/CITED          DOB:19671021
19961025  CASOLOS ANGELES          04      01    148(A) PC-OBSTRUCTS/
          5015718 04169679                        RESISTS PUBLIC OFFICER/ETC

COURT ACTION
19970122  CASCCOMPTON              04      01    148(A) PC-OBSTRUCTS/
          6CM10988-01                             RESISTS PUBLIC OFFICER/ETC
                                                     -DISMISSED/FURTHERANCE
                                                        OF JUSTICE

                                          02    148.9(A) PC-FALSE ID TO
                                                 SPECIFIC PEACE OFICERS
                                                     -DISMISSED/FURTHERANCE
                                                        OF JUSTICE

COURT ACTION
19970416  CASCCOMPTON              04      01    SEE COMMENT FOR CHARGE
          6CM10404
                                                     -DISMISSED/FURTHERANCE
                                                        OF JUSTICE  NOV 2 9 2006
                                          COM:
                                          CNT 01 CHRG-69 PC

                                          02    148.9(A) PC-FALSE ID TO
                                                 SPECIFIC PEACE OFICERS
                                                     -CONVICTED-JAIL
                                                        MISDEMEANOR
                                          COM:
                                          098 DAY(S) JAIL

                                          DCN:
                                          C0016531989600000301

ARREST/DETAINED/CITED          DOB:19671021
19961212  CAPDINGLEWOOD            04      01    148.9(A) PC-FALSE ID TO
          4019982                               SPECIFIC PEACE OFICERS

ARREST/DETAINED/CITED          DOB:19671021
19961218  CAPDLOS ANGELES          04      01    209(B) PC-KIDNAPPING TO
          2126920T 5074018                       COMMIT ROBBERY

(CONTINUED PAGE 009)

01162

DATE:20060314   TIME-10:22:05   PAGE:009
CII NUMBER:A08302284   NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|-------------------|------|-------|--------|
| COURT ACTION 19970327 | CASCLOS ANGELES CENTRAL BA143056 | 04 | 01 | 209(B) PC-KIDNAPPING TO COMMIT ROBBERY -DISMISSED/DUE TO DELAY |
| | | | 02 | 211 PC-ROBBERY -DISMISSED/DUE TO DELAY |
| CDC CUSTODY 19970801 | CASDCORRECTIONS E47443 | 06 | 01 | VIOLATION OF PAROLE -TO FINISH TERM |
| ARREST/DETAINED/CITED 19980527 | CAPDLOS ANGELES 2126920T 5669289 | DOB:19671021 01 | 01 | -ATTEMPTED 459 PC-BURGLARY |
| CDC CUSTODY 19980729 | CASDCORRECTIONS E47443 | 06 | 01 | VIOLATION OF PAROLE -TO FINISH TERM |
| ARREST/DETAINED/CITED 19981027 | CAPDLOS ANGELES 2126920T 5842300 | DOB:19671021 06 | 01 | 209(B) PC-KIDNAPPING TO COMMIT ROBBERY 19981029 -PROS REJ-WITNESS UNAVAIL/DECLINE TESTIFY |
| | | | 02 | -WARRANT 640B.1 PC-ILLEGAL USE OF PAY TELEPHONE WARRANT #K94902719800 |
| | | | 03 | -WARRANT 640B.1 PC-ILLEGAL USE OF PAY TELEPHONE WARRANT #K94335019800 |

NOV 29 2006

1-22-1997
3-27-1997
4-16-1997 X

01163

(CONTINUED PAGE 010)

DATE:20060314   TIME-10:22:05   PAGE:010
CII NUMBER:A08302284   NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|
| CDC CUSTODY | | | | |
| 19981214 | CASDCORRECTIONS E47443 | 06 | 01 | VIOLATION OF PAROLE -TO FINISH TERM |
| ARREST/DETAINED/CITED | | | | |
| 20000424 | CASDCORR CORCORAN E047443 | 06 | 01 | 422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE |
| | | | 02 | 422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE |
| | | | 03 | 76(A) PC-THREATN/ETC ELECTED OFCL/JUDGE/ETC |
| | | | 04 | 69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER |
| COURT ACTION | | | | |
| 20000719 | CASCKINGS 00CM7193 | 06 | 01 | 422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE -DISMISSED/FURTHERANCE OF JUSTICE |
| | | | 02 | 69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER -DISMISSED/FURTHERANCE OF JUSTICE |
| | | | 03 | 69 PC-OBSTRUCT/RESIST EXECUTIVE OFFICER -DISMISSED/FURTHERANCE OF JUSTICE |
| | | | 04 | 422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE -CONVICTED-PROB/JAIL FELONY |

SEN:
060 MONTHS PROBATION, 115 DAYS
JAIL, IMP SEN SS

NOV 29 2006

01164

(CONTINUED PAGE 011)

DATE:20060314  TIME-10:22:05  PAGE:011
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT            FOR OFFICIAL USE ONLY
              *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|
| | | | | -CONDITION OF PROB-FIREARM RESTRICTION |

ARREST/DETAINED/CITED          DOB:19671021
20000828   CASOLA INMATE RECEP CTR    01      01   422 PC-THREATEN CRIME WITH
           6580750                                 INTENT TO TERRORIZE

                                              02   -BENCH WARRANT
                                                   853.7 PC-FAIL TO APPEAR
                                                   AFTER WRITTEN PROMISE
                                              WARRANT #PD00939019

                                         ADR:
                                         082800 (831, 64TH ST,, W, LOS
                                         ANGELES, CA,, )      NOV 29 2006

                                         SCN:
                                         45502410052

ARREST/DETAINED/CITED          DOB:19671021
20010619   CASOSANTA ANA               01      01   -CRT ORDER BOOK
           2006149-1012710                          76(A) PC-THREATN/ETC
                                                    ELECTED OFCL/JUDGE/ETC

                                              02   -CRT ORDER BOOK
                                                   422 PC-THREATEN CRIME WITH
                                                   INTENT TO TERRORIZE

                                              03   -CRT ORDER BOOK
                                                   422 PC-THREATEN CRIME WITH
                                                   INTENT TO TERRORIZE

                                              04   -CRT ORDER BOOK
                                                   422 PC-THREATEN CRIME WITH
                                                   INTENT TO TERRORIZE

                                         SCN:
                                         33111700054

01165

(CONTINUED PAGE 012)

DATE:20060314   TIME-10:22:05   PAGE:012
CII NUMBER:A08302284   NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
          *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

```
ARREST/DETAINED/CITED        DOB:19671021
20011016   CASOLA INMATE RECEP CTR   06        01    -BENCH WARRANT
           7050353                                  422 PC-THREATEN CRIME WITH
                                                    INTENT TO TERRORIZE
                                              WARRANT #YA045335

                                              ADR:
                                              101601 (831, 64TH STREET,, W,
                                              LOS ANGELES, CA, 90044, ) TIME
                                              AT ADDRESS-(10 YEARS, )

                                              SCN:
                                              45512890007
```

```
ARREST/DETAINED/CITED        DOB:19671021
20011221   CASOSANTA ANA        01         01    -COURT REMAND
           2036899-1012710                       76(A) PC-THREATN/ETC
                                                 ELECTED OFCL/JUDGE/ETC

                                           02    -COURT REMAND        NOV 2 9 2006
                                                 -BENCH WARRANT
                                                 422 PC-THREATEN CRIME WITH
                                                 INTENT TO TERRORIZE
                                           WARRANT #YA045335

                                           COM:
                                           CNT02 NUM- TCSUP

                                           COM:
                                           PHOTO AVAILABLE

                                           SCN:
                                           33113560018
```

```
CDC CUSTODY
20020918   CASDCORR WASCO        01         01    422 PC-THREATEN CRIME WITH
           T67081                                 INTENT TO TERRORIZE

                                           COM:
                                           5 ADD CNTS OF 422 PC
                                                 COUNTY SENTENCED FROM:
                                                 LOS ANGELES CO
```

01166

(CONTINUED PAGE 013)

DATE:20060314  TIME-10:22:05  PAGE:013
CII NUMBER:A08302284  NAME:THOMAS,KEITH PERZELL

CRIMINAL HISTORY TRANSCRIPT         FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

COURT #:YA045335

02  76(A) PC-THREATN/ETC
ELECTED OFCL/JUDGE/ETC
-CHRG STAYED

*California Penal Code Section 11125 states
"No person or agency shall require or request another
person to furnish a copy of a record or notification
that a record exists or does not exist, as provided in
Section 11124. A violation of this section is a
misdemeanor."*

03  76(A) PC-THREATN/ETC
ELECTED OFCL/JUDGE/ETC
-CHRG STAYED
SEN:
010 YEARS PRISON

Dated:

SCN:
91922630024

MAR 1 6 2006

****************************************

THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT DISPOSITION
REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED WITH THIS RECORD:
BASED UPON SOFT CRITERIA CONSISTING OF A NAME OR NUMBER MATCH. POSITIVE
IDENTIFICATION HAS NOT BEEN MADE BECAUSE FINGERPRINTS WERE NOT RECEIVED
FOR THE ENTRIES. USE OF THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.
****************************************

NOV 2 9 2006

ARREST/DETAINED/CITED
19911007  CASOLOS ANGELES         01    01  NO ARREST RECEIVED
          2504264

                                        02  4574(A) PC-WEAPON/TEAR GAS
                                            OFFENSE:PRISON/ETC

COURT ACTION
19920224  CASCLOS ANGELES CENTRAL  01    01  4574(A) PC-WEAPON/TEAR GAS
          BA047233                          OFFENSE:PRISON/ETC
                                            -CONVICTED COMMITTED TO
                                            PRISON
                                            FELONY

                                        SEN:
                                        002 YEARS PRISON
                                        COM:
                                        SENTENCE CONCURRENT WITH FILE #
                                        BA036950:

* * * *
"PROBATION FLAGS AND/OR DEPARTMENT OF MENTAL HEALTH FLAGS ON THIS RECORD
MAY NOT BE BASED ON FINGERPRINT IDENTIFICATION"
* * * *
END OF TRANSCRIPT                                              01167

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __3__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Applellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL AVIATION ADMINISTRATION, )<br>et al., )<br><br>Defendants. )<br>_____ ) | Case No. 05-CV-02391 (CKK) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney and have been licensed to practice law in the State of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 224 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for

access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial

decisions and other Presidential and Congressional directives. The statements contained in this

declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance

therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I have

reviewed plaintiff's Complaint in this case and have familiarized myself with plaintiff's

allegations regarding a purported FOIA/Privacy Act request he has sent to the FBI. This

declaration is submitted in support of defendant FBI's motion to dismiss FOIA/Privacy Act

allegations in the Complaint as they relate to the FBI.

## THE SEARCH FOR PLAINTIFF'S REQUEST

(5)     In his November 8, 2005 Complaint, plaintiff alleges he made a FOIA request to

the FBI for "information involving the September 11, 2001 attack and information that dealt with

Zacarias Moussaoui, burning inside America and the Al-Qeada Association."

(6)     In response to this allegation, we have conducted a thorough search of the FBI's

FOIPA Document Processing System ("FDPS"), which houses the FBI's official records

concerning receipt of all FOIA/Privacy Act requests. This FDPS search yielded negative results

for the existence of a FOIA request from plaintiff Keith Thomas for the documents referenced in

¶ (5), supra.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of April, 2006.

DAVID HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:   (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

copies
coffee

Keith Thomas, CSP- 02391
CSP- SACRAMENTO
Ad-Seg FA7 cell-102
P.O. Box 290001
Represa, CA. 95671

1

2    UNITED STATES DISTRICT COURT
3    FOR THE DISTRICT OF COLUMBIA

4    Keith Thomas,                    Civil Action No. 05-2391(CKK)
         Plaintiff
5                                          Affidavits
6    V                              According to Neal V. Kelly, 963
                                    F. 2d 453, 456 (D.C. Cir. 1992)
7    Federal Aviation               quoting Lewis V. Faulkner, 689
8    Administration, et al          F. 2d 100, 102 (7th cir. 1982)
         Defendant
9

10              Plaintiff objection/denial And
11       Untrue to the Defendant motion to
         Dismiss or in the Alternative for
12           Summary Judgment

13   1. Plaintiff object and denial which is untrue, of the defendant Assertion
14      of No Record of FOIA Request.

15      A. Plaintiff is A confine prison in the California department of correction
16         And has Record of legal mail by All institutions that the Plaintiff
17         has mail to the FAA and F.B.I

18   2. Plaintiff object and deny which is untrue the defendant Assertion of
19      Standard of Review

20      A. The complaint state A claim under the Administrative Procedure
21         Act And the Freedom of information Act, and the Bivens V.
22         six Unknown Agents, 403 U.S. 388 (1971) give the Right of the
23         Plaintiff to Remedy the violation of A Federal Law.

24   3. Plaintiff object and deny which is untrue the defendant Assertion of
25      Summary Judgment

26      A. Defendants Are in Violation of the Administrative Procedure Act
27         And the Freedom of information Act And All the Rule and regulation
28         of the Civil Service Reform Act, involving the merit System Protection
           Board, the office of Personnel management and the Federal Labor
           relation Authority and office of special counsel.

4. Plaintiff object And deny which is untrue the defendant Assertion Arugment of "Plaintiff's claims Against certain defendants in their Individual Capacities must be dismissed because the Plaintiff failed to effect personal service upon those defendants"

A. The Plaintiff is A confine inmate in the California scramento prison And is going through difficulties involving sending out legal mail where mailroom staff either open the Plaintiff legal mail or stop it to be send out see Exhibit A, 114-D placement notice of mail room staff opening legal mail.

White confine the Plaintiff is limite to process legal mail proper Require by Federal Law. This prison policy interfere with the Federal LAW

5. Plaintiff object And deny which is untrue the defendant Assertion of " To the extent the complaint is viewed As brought under Bivens, it must be dismissed because the Federal defendants Are entitled to qualified immunity from suit."

A. Defendants Are Not qualified immunity under the civil service Reform Act, involving the merit system protection Board, the office of Personnel management And the Federal Labor Relation Authority And office of special, administrative Procedure Act And Freedom of information Act.

B. All defendants must provide the information About employee qualification, And all immigration and nationalization service About passport of student And visits USA dealing with Zacarias Moussoual, And all footage of film involving sept 11, 2001, Attack of the World trade center in New York, All pla AIRplane departure And arrival of the Air controller, All Taliban entap capture As well as Al-Qerela member. All combat with the Taliban, And operation

Because of the Plaintiff limit to the Law Library to Research the Act Law the defendants has violated the civil service Reform Act, involving the merit system protection Board, the office of Personnel management And the Federal Labor relation Authority and office of special, administrative Procedure Act And Freedom of information Act

Clearly set forth the specific laws that the defendants has violated, involving the allegation that the Plaintiff has set forth what the defendants has done.

Bivens provide that remedy for the relief of for the Plaintiff, herein set forth.

6. Plaintiff object and deny which is untrue the defendant assertion of " To the extent plaintiff may be construed to be suing the Federal defendants in their official capacities, the suit is barred by the doctrine of sovereign immunity"

The Plaintiff allega that defendant fail to response to request, and to put information about the Plaintiff under the Freedom of information Act see Exhibit C, Privacy wavier and certification of identity and Exhibit D, declaration

7. Plaintiff object and deny which is untrue the defendant assertion of " Plaintiff's claim must be Dismissed for failure to exhaust Administrative Remedies "

A. Defendants fail to provide the information to pursue the doctrine in Administrative Law, require by the civil service reform Act, involving the merit system Protection Board, the office of Personnel management and the Federal Labor relation authority and office of special counsel and administrative procedure act, and the Freedom of information act.
Defendant deprive the Plaintiff to seek this course of action

8. Plaintiff object and deny which is untrue the defendant assertion of " No FOIA Request for the information at issue."

Plaintiff has mail to defendant request whom defendants has filed to response to the request. See Exhibit A, letter Sept 11, 2006; and Exhibit B Dated Sept 27, 2006.

## CONCLUSION

For the reasons set forth above, Plaintiff's complaint ought not to be dismissed and/or in the alternative summary judgment ought <u>not</u> to be granted to defendants

Dated:

Respectfully submitted

# EXHIBIT COVER PAGE



**EXHIBIT**

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |



**DEPARTMENT OF THE ARMY**
FREEDOM OF INFORMATION AND PRIVACY DIVISION
7701 TELEGRAPH ROAD, SUITE 144
ALEXANDRIA, VA 22315-3905

September 11, 2006

FOIA 06-1364

Inmate Keith Thomas, CDC T-67081
CSP-Sacramento
FB2 Cell-215
P. O. Box 290066
Represa, CA 95671-0066

Inmate Thomas:

This responds to your Freedom of Information Act request dated June 25, 2006.
You are requesting a copy of Army policy directive of the Administration of Military Justice and
Ethics and Standards of Conduct and a list of events involving Army activities. Your request is
being processed in accordance with Title 5 United States Code 552, <u>The Freedom of Information
Act</u> (FOIA).

We have referred your request to the following agency for review and direct response
to you:

Office of the Judge Advocate General
ATTN: DAJA-AL
2200 Army Pentagon, RM 1E739
Washington, DC 20310-2200

If you have questions regarding the status of your request, you should contact that activity at
the address or phone number above. If this office can be of further assistance, please contact Mr.
Hargrove, at the above address on the letterhead or at (703) 428-6504.

Sincerely,

Robert Dickerson
Chief, U.S. Army Freedom of Information
and Privacy Office

Printed on ♻ Recycled Paper

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:   (Check only one)

☐  Municipal Court

☐  Superior Court

☐  Applellate Court

☐  State Supreme Court

☐  United States District Court

☐  State Circuit Court

☐  United States Supreme Court

☐  Grand Jury



**DEPARTMENT OF THE ARMY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1777 North Kent Street
Rosslyn, Virginia 22209-2194

REPLY TO
ATTENTION OF:                    September 27, 2006

Criminal Law Division

Mr. Keith Thomas, CDCT-67081
CSP-Sacremento
FB2 Cell-215
PO Box 290066
Represa, CA 95671-0066

Dear Mr. Thomas:

This letter responds to your Freedom of Information Act (FOIA) request dated June 25, 2006 wherein your requested copies of Army regulations concerning military justice and ethics. You also requested a "list of events involving Army activities." Your request was processed under the FOIA, 5 U.S.C. Section 552(b) and Army Regulation 25-55, The Department of the Army FOIA Program.

Army Regulation 27-10 concerns the administration of military justice. Army Regulation 27-26 concerns ethical rules for Army attorneys. They are located at http://www.apd.army.mil/pdffiles/r27_10.pdf and http://www.apd.army.mil/pdffiles/r27_26.pdf. The complaint process is explained in Army Regulation 27-1, Chapter 7. It is located at http://www.apd.army.mil/pdffiles/r27_1.pdf. There is no Army form concerning a standards of conduct complaint. The Joint Ethics Regulation also governs conduct of Army employees. It is located at http://www.dod.mil/dodgc/defense_ethics/ethics_regulation/. As these publications are public documents that can be accessed on the internet, no copies will be provided to you from this office. As it is too vague for action, I am unable to process your request for "list of events involving Army activities."

If you consider my response to be denial of your request, you may appeal the decision within sixty calendar days of the date of this letter, through this office to the Secretary of the Army, Attention: Office of the General Counsel, 104 Army Pentagon, Room 3C546, Washington, D.C. 20310-0104.

Sincerely,

Flora D. Darpino
Colonel, US Army
Chief, Criminal Law Division

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

Keith Thomas
CSP-Sacramento
Ad-Seg FA7 Cell-102
P.O. Box 290001
Represa, CA. 95671

declaration

I Keith Thomas, declare that I'm writing this declaration in support of the Attach Privacy Waiver And Certification of Identity, I'm authorizing the FBI to obtaing the California department of correction central of my file of mine involving CDC T-67081, And E-47443 And S-Number prison number that consist of All prison documents And to obtain the Board of prison hearing tapes, police report, Resaccation hearing proceeding since 1990 to 2000, Also I'm requesting the FBI to obtain All medical record, X-ray film And reports, Dental record As well As Psych file keep by the California department of correction. Also I Am authorizing the FBI to obtain my Juunile Hall records And All court proceeding of me during Juunile Hall detention As well As placement document At central Juunile Hall consisting of Dental record, medical record And transfer records to Martin Luther King Jr. Hospital for medical treat, school records, grades And Attendance And placement records, Also I request the FBI, to obtain All records At the Los Angeles county Jail And orange county Jail consist of medical records, transfer (infrastructure), psych file, gang files, Housing record since 1986 to 2006. I Authorize the F.B.I to place All documents herein mention under the freedom of information Act, And I hereby waive my right to privacy And I authorize the FBI to release Any And All information relating to me to
Ted turner television Network
NBC Network
ABC Network
Fox television network
CBS Inc.

K-eal Inc.
Channel-5 company
Time Magazine,
New weekly
U.S. News
Los Angeles Times
L.A Sentinel
Final call
U.S.A Today News paper
esquire magazine
Los Angeles Magazine
New York Times

Also I authorize the FBI to obtain all state and Federal civil

complaint I file in the state of California, Kansas, Virginia (Eastern) and

Oregon and Washington D.C. This consist of in California:

Federal see attached select a case (in its entirety)
1. Keith Thomas V. Richard DiLewig 1:06-CV-00481-OWW-DLB
2. Keith Thomas V. Judge Kazuharu Makino, etal CV-06-3853 (E)
3. Keith Thomas V. Officer Duran, etal CV-F-06-0315 OWW WMW P
4. Keith Thomas V. M. Vella, etal CV-F-06 0562 AWI WMW P
5. Keith Thomas V. John Doe clerk of court case No. 06-CV-01158 AWI-SMS

state in California
1 Keith Thomas V. Martin Luther King Jr. Hospital et al case No BC 356810
2 Keith Thomas V. Lenoy D. Baca case No BC 357883
3. Keith Thomas V. social security admin and park and recreation case No BC357768
4 Keith Thomas V. James M. Crawford, etal, case No. BC350821
5. Keith Thomas V. secretary of CDCR Joanne woodford case No 06C-0354
6. Keith Thomas V. Bruce Darling, etal case number No 06 C-0346
7. Keith Thomas V. mark Fried et al, case No BC357764
8. Government claim No. G 560527
9. Trans Union credit Report file number 155809071-019

Civil complaint I've file with Sacramento Superior court, Kern County

Superior court Orange county Superior court civil Division showing

the address title Keith Thomas, CDC T-67081, CSP-Sacramento, Ad-seg

FA7 cell-102. P.O. Box 920001, Represa, 95671

And Keith Thomas, V. A.K Scribner, Warden, Respondent case No SA

CV-05-1050-RGK (PLA)

And to obtain My criminal transcript under CCII number: A08302284

FBI - 62023OHA2, AND CDL - A3S2630S

I Request that the FBI give notice to these Corporations for the purpose of obtaining the information herein under the ~~Freedom~~ Freedom of Information Act to these Corporations:

1. Ted Turner Television Network
2. N.B.C Network
3. A B C Network
4. Fox Television Network
5. CBS Inc.
6. K-CAL Inc
7. Channel-S Company
8. Time Magazine
9. New weekly Magazine
10. U.S. News Magazine
11. Los Angeles time Newspaper
12. L.A. Sentinel Newspaper
13. Final Call Newspaper
14. U.S.A today Newspaper
15. esquire Magazine
16. Los Angeles Magazine
17. New York Times Newspaper

I agree to authorize the FBI to give all information and documents to the requester and agree to authorize the F.B.I to put all documents under the Freedom of information Act

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provision of title 18, United States code (U.S.C) section 1001 by a fine of not more than 10,000 or by imprisonment of not more than five years, or both; and that Requesting or obtaining any records (s) under false pretense is punishable under the provisions of title 5, U.S.C Section 552 (a) (1) (3) as a misdemeanor and by a fine of not more than $5,000.

Dated!

Respectfully submitted

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

☐  Municipal Court

☐  Superior Court

☐  Appellate Court

☐  State Supreme Court

☐  United States District Court

☐  State Circuit Court

☐  United States Supreme Court

☐  Grand Jury

# Privacy Waiver and Certification of Identity

FOIPA Request Number _____
                          (if known)

Full Name: Keith Thomas CDC T-67081

Current Address: CSP-SACRAMENTO
FC7a-cell-111
P.O. Box 2900
Represa, CA. 95671

Date of Birth: 10-21-1967    Place of Birth: Los Angeles

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the requested information) _____

_____

_____

_____

P.O. Box
13390
Adrianne Banker
K-CPA
Sacramento, CA
95811

   I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :

(Name, address, & phone of Attorney or other Designee)

NBC, Inc, CEO
Burbank, California, ABC news,
CBS news, K-cal news, Channel-5,
Ted Turner Television Network, etc

   Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _____    Date: Nov 12, 2006

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:  (Check only one)

| | |
|---|---|
| ☐ | Municipal Court |
| ☐ | Superior Court |
| ☐ | Applellate Court |
| ☐ | State Supreme Court |
| ☐ | United States District Court |
| ☐ | State Circuit Court |
| ☐ | United States Supreme Court |
| ☐ | Grand Jury |

Exhibit A

# Select A Case

**This person is a party in 38 cases.**

1:99-cv-05691-AWI-LJO    (PC) Thomas v. Smooth, et al    filed 05/19/99

1:99-cv-06002-OWW-HGB    (HC) Thomas v. Galaza, et al    filed 07/15/99

1:99-cv-06003-REC-DLB    (PC) Thomas v. Galaza    filed 07/15/99

1:99-cv-06339-AWI-DLB    (PC) Thomas v. Garvin    filed 09/14/99

1:99-cv-06377-OWW-HGB    (PC) Thomas v. Nicholus, et al    filed 09/21/99

1:99-cv-06379-REC-SMS    (PC) Thomas v. Tresca    filed 09/21/99

1:99-cv-06473-REC-HGB    (PC) Thomas v. Dill    filed 10/06/99

1:99-cv-06551-OWW-DLB    (PC) Thomas v. Welford    filed 10/25/99

1:99-cv-06553-AWI-HGB    (PC) Thomas v. Kim, et al    filed 10/25/99

1:99-cv-06662-REC-DLB    (PC) Thomas v. Gomez    filed 11/22/99

1:99-cv-06665-REC-DLB    (PC) Thomas v. Stockman, et al    filed 11/22/99

1:00-cv-05016-AWI-DLB    (PC) Thomas v. Armenta    filed 01/04/00

1:00-cv-05207-REC-DLB    (PC) Thomas v. Anderson    filed 02/07/00

1:00-cv-05299-REC-LJO    (PC) Thomas v. McCathy    filed 02/24/00

1:00-cv-05345-AWI-LJO    (PC) Thomas v. Galaza    filed 02/29/00

1:00-cv-05346-AWI-DLB    (PC) Thomas v. Galaza    filed 02/29/00

1:00-cv-05347-OWW-LJO    (PC) Thomas v. Rousseau, et al    filed 02/29/00

1:00-cv-05348-OWW-LJO    (PC) Thomas v. Galaza    filed 02/29/00

1:00-cv-05349-OWW-DLB    (PC) Thomas v. Lopez    filed 02/29/00

1:00-cv-05350-AWI-HGB    (PC) Thomas v. Bean    filed 02/29/00

Exhibit A

1:00-cv-05391-REC-DLB     (PC) Thomas v. Galaza     filed 03/07/00

1:00-cv-05392-OWW-DLB     (PC) Thomas v. Vogel     filed 03/07/00

1:00-cv-05497-AWI-DLB     (PC) Thomas v. Gomez     filed 03/28/00

1:00-cv-05514-OWW-HGB     (PC) Thomas v. Vogel, et al     filed 03/31/00

1:00-cv-05547-OWW-DLB     (PC) Thomas v. Oxford Law Library, et al     filed 04/07/00

1:00-cv-05576-OWW-DLB     (PC) Thomas v. Galaza     filed 04/12/00

1:00-cv-05634-AWI-HGB     (PC) Thomas v. Galaza, et al     filed 04/25/00

1:00-cv-05646-AWI-SMS     (PC) Thomas v. Yatamoto, et al     filed 04/26/00

1:00-cv-05772-REC-SMS     (PC) Thomas v. Galaza     filed 05/23/00

1:00-cv-05774-REC-HGB     (PC) Thomas v. Galaza     filed 05/23/00

1:00-cv-05775-REC-DLB     (PC) Thomas v. Garcia, et al     filed 05/23/00

1:00-cv-05776-OWW-DLB     (PC) Thomas v. Vogel, et al     filed 05/23/00

1:00-cv-05840-REC-DLB     (PC) Thomas v. Law Librarian Oxford, et al     filed 06/05/00

2:94-cv-01774-DFL-GGH     (PC) Thomas v. Duran     filed 10/31/94

2:99-cv-01592-WBS-JFM     (PC) Thomas v. Cooper, et al     filed 07/22/99

2:99-cv-02011-FCD-DAD     (PC) Thomas v. Allen     filed 09/17/99

2:99-cv-02166-LKK-DAD     (PC) Thomas v. Ylst     filed 04/26/99

2:00-cv-01537-FCD-DAD     (PC) Thomas v. Ylst     filed 11/22/99

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2005 17:22:58 | | | |
| PACER Login: | ad0099 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: thomas First Name: keith |

Exhibit 19

# Select A Case

**This person is a party in 4 cases.**

1:01-cv-05622-OWW-HGB   (PC) Thomas v. Yates, et al   filed 03/30/01

1:02-cv-06512-AWI-HGB   (PC) Thomas v. Olsen, et al   filed 12/05/02

1:02-cv-06519-REC-HGB   (PC) Thomas v. Shen         filed 12/06/02

1:02-cv-06523-OWW-LJO   (PC) Thomas v. Tresca       filed 12/06/02

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2005 17:23:41 | | | |
| PACER Login: | ad0099 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: thomas First Name: keith |
| Billable Pages: | 2 | Cost: | 0.16 |

March 31, 1968
Speech of
Martin Luther King

# Select A Case

**This person is a party in 8 cases.**

1:02-cv-06600-OWW-LJO      (PC) Thomas v.                          filed 12/19/02

1:03-cv-05682-REC-DLB      (PC) Thomas, et al v. Huddleston, et al   filed 05/27/03

1:03-cv-05985-OWW-DLB      (PC) Thomas, et al v. Grants, et al      filed 07/22/03

1:03-cv-06024-REC-LJO      (PC) Thomas v. Doe                       filed 07/29/03

1:03-cv-06095-OWW-HGB      (PC) Thomas, et al v. Davis              filed 08/13/03

1:03-cv-06096-AWI-DLB      (PC) Thomas, et al v. Doe                filed 08/13/03

1:03-cv-06323-AWI-DLB      (PC) Thomas v. Shennell, et al           filed 09/25/03

1:04-cv-06426-OWW-DLB      (PC) Thomas v. Doe                       filed 10/19/04

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/22/2005 17:23:31 | | |
| PACER Login: | ad0099 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: thomas First Name: keith |
| Billable Pages: | 2 | Cost: | 0.16 |

Exhibit A

| Billable Pages: | 4 | Cost: | 0.32 |
| --- | --- | --- | --- |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Keith Thomas
_Plaintiff_

v.

Federal Aviation Admin

Case Number: 05-2391 (CKK)

**PROOF OF SERVICE**

_____ /

I hereby certify that on _Feb 7, 2007_, I served a copy

of the attached _Affidavit_,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

CSP- Sacramento
FC3- cell-208
P.O. Box 290001
Represa CA 95671

_____ :

**(List Name and Address of Each
Defendant or Attorney Served)**

Rhonda C. Fields
Assistant United States Attorney
Civil Division
555 Fourth Street N.W
Washington D.C. 20530

I declare under penalty of perjury that the foregoing is true and correct.

_____
**(Signature of Person Completing Service)**