UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS,                    )<br>           Plaintiff,          )<br>                                  )<br>     v.                          )<br>                                  )<br>FEDERAL AVIATION ADMN., et al.,   )<br>           Defendants.           )<br>_____   ) | Civ. No. 05-2391 (CKK) |

ANSWER

Defendants respectfully submit this Answer to plaintiff's Second Amended Complaint.

First Defense

The Court lacks jurisdiction over the subject matter.

Second Defense

The court lacks jurisdiction over the person.

Third Defense

There is improper venue.

Fourth Defense

There was insufficiency of process and service of process.

Fifth Defense

Plaintiff fails to state a claim upon which relief can be granted.

Sixth Defense

To the extent any *Bivens* claim is properly asserted, defendants are immune from suit.

Seventh Defense

Plaintiff should not be allowed to amend his complaint.

Eighth Defense

Answering the unnumbered paragraphs of the Complaint, utilizing the same paragraph order, defendant admits, denies, or otherwise avers as follows:

1. Paragraph 1 is an introductory statement containing plaintiff's characterization of his action, for which no answer is required. To the extent an answer is deemed to be required, deny that a *Bivens* action may properly be brought against defendants.

2. Paragraph 2, Deny.

3. Paragraph 3, Deny.

4. Paragraph 4, deny that the FBI or any other defendant has any obligation to obtain records from third parties in order to create an "agency record" pertaining to plaintiff.

5. Paragraph 5, deny.

6. Paragraph 6 is plaintiff's statement of exhibits attached to the complaint and his request that the FBI "make all documents relating to the Plaintiff since birth of the plaintiff of 10-21-1967 agency records of the Federal Bureau of Investigation. . . . ." to which no response is required. To the extent a response is deemed to be required, denied.

Prayer for Relief

This paragraph is plaintiff's request for relief to which no response is required. To the extent an answer is deemed to be required, deny that plaintiff should be granted any relief.

Additionally, defendants deny any allegations in plaintiff's second amended complaint not specifically admitted herein.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of March, 2006, a copy of the foregoing answer was mailed, postage prepaid to plaintiff pro se
Keith Thomas
#T67081
Corcoran State Prison
FC#-Cell 208
PO BOX 290007
Represa, CA 95671

                                              Rhonda C. Fields
                                              Assistant United States Attorney