UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL AVIATION )<br>ADMINISTRATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2391 (CKK) |

### ORDER

Plaintiff, proceeding *pro se*, has filed an amended complaint challenging the dispositions of his records requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants have answered the amended complaint. Since FOIA cases are often resolved through summary judgment motions, it is hereby ORDERED that

1. Dispositive motions are due by April 6, 2007.

2. Oppositions to the motions are due by May 6, 2007.

3. Replies, if any, are due by May 21, 2007.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: 3-6-07