IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEITH THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-CV-02391 (CKK) |
| ) | |
| FEDERAL AVIATION ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 200 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to the

Federal Bureau of Investigation ("FBI") records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions, and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)  Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I have reviewed and familiarized myself with plaintiff's allegations in the Second Amended Complaint in which he requests that the FBI provide him with "all documents relating to the Plaintiff since birth of Plaintiff of 10-21-1967." This declaration is submitted in support of Defendant's Motion to Dismiss or in the alternative for Summary Judgment on behalf of the FBI.

## THE SEARCH FOR PLAINTIFF'S REQUEST

(4)  In his Second Amended Complaint, plaintiff appears to be requesting that the FBI provide "all documents relating to the Plaintiff since birth of Plaintiff of 10-21-1967" under the provisions of the FOIA.

(5)  Upon receipt of the Second Amended Complaint, FBIHQ conducted a thorough search of the FOIPA Document Processing System ("FDPS")(which houses the FBI's official records concerning receipt of all FOIA/Privacy Act requests) for the existence of any FOIA/Privacy Act request from plaintiff Keith Thomas for documents "relating to the Plaintiff since birth of Plaintiff of 10-21-1967." This search yielded negative results--i.e., the FBI has no evidence of ever having received a FOIA/Privacy Act request from plaintiff for the documents that plaintiff seeks via his Second

Amended Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2007.

DAVID HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.