UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH THOMAS,                )
        Plaintiff,         )
                             )
    v.                       )    Civ. No. 05-2391 (CKK)
                             )
FEDERAL AVIATION ADMN., et al., )
        Defendants.       )
_____)

**ORDER**

Upon consideration of defendants' motion to dismiss or in the alternative for summary judgment and the plaintiff's response thereto, it is hereby

ORDERED that the defendant's motion is GRANTED and plaintiff's complaint is DISMISSED.

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE