Keith Thomas
CDC T-67081
CSP-Sacramento
FA7 cell-107
P.O. Box 290001
Represa, CA 95671
April 16, 2007

*Let it be filed*
*Judge C Kollar-Kotelly*
*April 20, 2007*

Colleen Kollar-Kotelly
United State District Judge
United State District court
For the District of columbia
U.S. Courthouse
333 Constitution Ave, N.W
Washington D.C. 20001

Re: 1:05-cv-2391
    civ. 07-0069 (CKK)

Dear, Judge Colleen Kollar-Kotelly

   I'm writing you about sending you this letter. I have none of the correct address to send this motion to the court. Also can you send me a copy of the complaint of case civ. 07-0069 (CKK)

Thank You

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT