Keith Thomas, CDCT-67081
CSP- Sacramento
FA7 cell-101
P.O. Box 290001
Represa, CA 95671

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith Thomas,
    Plaintiff

V

Federal Aviation Admin, et al
    Defendants.

Case No.
Civ. No. 05-2391 (CKK)
Motion:
Requesting a 90 days extension of time.

Plaintiff is a prisoner in the California department of correction at the California Sacramento prison. The Plaintiff is in a High security administrative segregation Unit. The Plaintiff legal property is storage in the administrative segregation unit and the Plaintiff cannot obtain his legal property that he need because of the administrative segregation property office refrain to give the Plaintiff his legal property that consist of legal research dealing with the above case to file for the defense of the Plaintiff involving the defendants motion to Dismiss or in the alternative, motion for Summary Judgment.

The Plaintiff has file an appeal involving the administrative segregation unit property officer to issue the Plaintiff legal property and the appeal process period is 150 days to complete at four different level of review response. The Plaintiff, in his defense need to file a motion denying and objecting to the defendants, answer and motion to Dismiss or in the alternative, motion for Summary Judgment. The Plaintiff motion will consist of:
1. Summary judgment granted to the Plaintiff
2. Denying the defendant's Answer
3. Record prepared used by agency official in connection with his duties according to title 5. U.S.C 552 N. 73 and 77
    A. An investigation by the FBI dealing with conspiracy to murder and kidnap of the Plaintiff while in elementary. In 1979 investigation consisting of Los Angeles Unified School District, of Manhattan elementary, Manchester elementary, and 93th street elementary, Los Angeles Bus district, Los Angeles sheriff 108th Dept and 77th police department.
The FBI investigation has been omitted.

And 1986 witness by the Plaintiff of a murder that has occurred in Los Angeles, involving the L.A.P.D 77th police station, where gang Relation Retaliation occurr.

In both incident a Federal Law has been violated whereupon no FBI investigation has been conduct by Law.

The Plaintiff must need a 90 days extension of time to complete the Appeal process at the California Sacramento prison to obtain Plaintiff legal research property and to file his motion responding to the defendants motion. The Plaintiff request this court to grant the 90 days extension of time.

~~Apat~~ Dated: April 16, 2007

Respectfully submitted

[signature]

# Proof of Service

C.C.P § 2015.5 ; 28. U.S.C § 1745

I, Keith Thomas, am over the age of eighteen (18) years, and I am a party to the within cause of action

My address is:

CSP - Sacramento
FA7 cell-107
P.O. Box 290001
Represa, CA. 95671

On, April 16, 2007, I served the following documents: Motion requesting a 90 days extension of time, on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California with postage fully prepaid thereon, addressed as follow:

Colleen Kollar-Kotelly
United State District Judge
United State District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Ave. N.W
Washington D.C. 20001

Jeffrey A. Taylor DC
Bar 498610
United State Attorney
Rudolph Contreras D.C
Bar 434122
Assistant United State Attorney
Rhonda C. Fields
Assistant United State Attorney
Civil Division
555 Fourth Street N.W
Washington D.C. 20530

I have read the above statement and declare under the penalty of perjury of the Law of the state of California that the foregoing is true and correct.

April 16, 2007

Respectfully submitted,

[signature]