Keith Thomas
CDC T-67081
CSP-Sacramento
FB4 cell-209
P.O. Box 290001
Represa, CA 95671

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

Civ. No. 05-2391 (CKK)

vs

Federal Aviation Admin, et al
    Defendants.

Amended pleading
to Join in defendant
pursuant to Fed.R. Civ. pro 15(E)
(3)

The Plaintiff herein make A request to amended pleading by joining defendants in this complaint that are relevant to the matter under the Freedom of Information Act, involving defendant Carlton L. Peoples, Acting chief, civil Rights Unit, criminal investigative Division and Mark R. Uukelich, chief, civil Rights Unit criminal investigative Division and John Doe chief F.O.I.A officer of the civil Rights Unit criminal investigative Division, these defendants fail and deprive the Plaintiff of conforming to the Rules and Regulation set forth in under the title 5. U.S.C 552 ( Public information; agency rules, opinion, orders, records, and proceeding (A), 1) (A) (B) (C) (D) (E) (1) or (2) (A) (B) (C) (D) and (E), of the civil Rights Unit, criminal investigative Division, involving Federal Law, that has been violated in a case involving the Plaintiff:

"The problem is this. while in elementary in 1978, the Plaintiff Attend Manhatten elementary in the 6th Grade. The Plaintiff has been Accewed by the teacher of moving the stapter off the desk. whom another classmate Brian Womack, Acelse the Plaintiff of doing. The teacher Arcanye for the Plaintiff to visit another teacher. Days has passed and the Plaintiff visit another teacher. This teacher consult with the Plaintiff about being transfer to another school. Then the Plaintiff has been transfer to another elementary called Manchester

I

elementary, where the Plaintiff Attend that school for a short period. Then the Plaintiff has been transfer to 93rd street elementary. There, A school bus pick the Plaintiffs At his home to drive the Plaintiff to school. The bus driver has been An African male, Brown skin, This day the Plaintiff occupy the school bus. The bus driver has drove on A block where some blacks has stood At a light pole. The bus drive then slow the bus the stop the bus where the Blacks has stood. The Plaintiff witness A man choking another man At the light pole. The man doing the choking sudden let the man go And that man fell face First on to the ground (smack) The bus driver has drove the bus. After school, It has been another bus drive that has drove the Plaintiff home. [1]

When the Plaintiff has gone home, he has reported the murder to the 77th police department and the 108th Sheriff department whom Refuse to answer the Plaintiff complaint. While IN seventh grade At Horse man Jr High school, After school, the Plaintiff with a Friend Stevens washington both has been together. They both step off the R.T.D. Bus on 96th and western, where Steven washington has pointed to a white car, parked on the opposite side of the street on 96th. The Plaintiff and steven washington walk to An Ally whom they proceeded into the Ally walking through it.

Next, the Plaintiff Notice steven washington has disappear. A white car has pulled beside the Plaintiff An African male jump out the car And pop the truck open. The Plaintiff witness It has been the bus driver whom has drove the school bus, whom has drove the Plaintiff to the murder of the man. The Plaintiff has Ran the man Chase After the Plaintiff. The Plaintiff escape the man whom Attempt to Kidnap the Plaintiff. [1]

This senses, describe A Federal Law has been committed of Attempted kidnapping

[1] ( song, "I think you better think about it because its A 187 that you plan" describe the event.

an intimidating a witness to a murder, by kidnapping the witness. Also The Plaintiff has been a witness to a gang murder in 1986, in Los Angeles where the other incidents has occurred, in california on 96 and gramercy. The gang retaliate against the Plaintiff to stop the Plaintiff to testify on gang murders, members in that gang murder. The 77th police Detective fail to provide protection for the Plaintiff that result and Plaintiff dangerment of life.

The next event happen in 1990, when John Doe, sheriff at the 108th sheriff department use a Police Dog to use unnecessary excessive unreasonable use of force that cause the Plaintiff life time impairement to the Plaintiff arm. Defendants carlton L. Peeples and Mark R. Vukelich fail to investigate the matter, and Defendant John Doe Chief. FOIA officer deprive to give the Plaintiff the rules and regulation that set forth the criteria for the FBI to warrant investigation in matter nor Disclose of administrative agency proceedings, nor of the title 5 U.S.C. 552 (public information; agency rule, opinion, orders, records and proceeding) (A) (1) (A) B) (C) (D) (E) (1) or (2) (A) (B) (C) (D) and (E) of the civil rights unit, criminal investigation Division. this is a violation of the Freedom of information Act, for the Plaintiff to prepare litigation of the criminal investigative Division.

paragraph 2.
The Plaintiff herein join defendant John Doe, chief of FOIA, of the Navy, whom deprive agency record involving the individuals, of Reginal Womack, Ronald cup, Albert Thomas, adrian cup and april cup, whom has enlisted in the Navy corp and of the marine and army are Jerome Womack, Eric Thomas, The biological father of april cup and adrian cup through stephen cup Donald D. The Plaintiff requested criminal cases, dishonorable discharge, status, employment involving each individual record requested by receive none of a response by any component of the Navy,

ARMY nor MARINE.

The Plaintiff herein join John Doe of the FOIA officer of the C.I.A; John Doe, FOIA officer, Secretary of Defense, John Doe FOIA officer the Air force; John Doe FOIA officer of the Army; John Doe FOIA officer, of the marine; John Doe FOIA officer the FAA; John Doe, FOIA officer of the INS, whom has refuse to provide agency records, of title 5, U.S.C. 552 ( Public information; agency Rules, opinion, orders, Records, and proceeding (A) (1) (A) (B) (C) (D) (E) (1) or (2) (A)(B) (C) (D) and (E) of the Freedom of information Act

The Plaintiff herein request this court to allow the Plaintiff to amended pleading of these defendants pursuant to Fed R. Civ. proc 15(C)(3)

I declare under penalty of perjury that the foregoing is true and correct

Dated: May 9, 2007

Respectfully submitted

Koman

Keith Thomas,
CPC-T-67081
CSP-Sacramento
FB4- Cell-209
P.O. Box 29001
Represa, CA 95671

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Keith Thomas,                                    Civ. No 05-2391 (CKK)
        Plaintiff                            injunction Relief ~~true~~

Vs

Federal Aviation Admin, et al
            Defendants.

The Plaintiff ~~requesting~~ an injunction Relief, involving two defendants, Mark R. Wkelich, Chie, civil rights unit, criminal investigative Division and defendants Carlton L. Peeples, Acting Chief, civil rights unit criminal investigative Division to investigate the allegation in the Amended pleading attached with this injunction Relief, for the purpose of making the investigation agency records pursunt to title 5. U.J.C SS2 N. 73. N. 77

## Memorandum of Law

The Plaintiff herein refer to the 5th Amendment of life and liberty involving the authorize to cite for the performance of the defendants whom has violated the 5th Amendment of the U.S. constitution of life and liberty.

## Affidavit

The Plaintiff has written to both defendants about the allegation that the has been in the Amended pleading attached and How the California Los Angeles, 108th sheriff dept and 77th police Detective and officer violated the Plaintiff. U.S. 14th Amendment, substantial due process, of state shall not forbidde deprivation of person right and the California constitution and 1 sec 7(a) sec 17, see 7, of the Plaintiff rights. see Exhibit A, March 6, 2007, letter and April 24, 2007, letter, Exhibit B, and exhibit C, April 3, 2007 letter entitle letter of affidavit/declaration, and Exhibit D, April 23, 2007, Dear requester, The

1

Defendants are avoiding the matter, However has violated the Plaintiff's right.

<u>Relief of claim Request</u>

order defendants to investigate the allegation in the amended pleading.

<u>Conclusion</u>

This injunction relief ought of be granted

I declare under penalty of penjury that the foregoing is true and correct

Dated: May 9, 2007

respectful submitted

2

7

Exhibit
7
March 6 2007
letter



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 6, 2007

Mr. Keith Thomas, #T-67081
CSP-Sacramento
Post Office Box 290001
Represa, CA  95671

Dear Mr. Thomas:

      This letter is in response to your correspondence
addressed to the FBI.

      The matters that you have brought to our attention
do not warrant an FBI investigation.  You may wish to pursue
this matter through the prison grievance process.

                              Sincerely yours,

                              Mark R. Vukelich
                              Chief, Civil Rights Unit
                              Criminal Investigative Division

9

Exhibit
B
April 2% 2007
letter

10



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

April 24, 2007

Mr. Keith Thomas, #T-67081
CSP-Sacramento
Post Office Box 290001
Represa, CA  95671

Dear Mr. Thomas:

      This letter is in response to your correspondence addressed to the FBI.

      The matters that you have brought to our attention do not warrant an FBI investigation.  You may wish to pursue this matter through the prison grievance process.

      Sincerely yours,

Carlton L. Peeples
Acting Chief, Civil Rights Unit
Criminal Investigative Division

Exhibit
C
April 23, 2007
letter
and
April 3, 2007
Plaintiff's
letter

Ц



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 23, 2007

Mr. Keith Thomas
CDC ** T-67081
FA7 Cell-107
Post Office Box 290001
Represa, CA  95671

Dear Requester:

     Your Freedom of Information-Privacy Acts (FOIPA) request  is being returned.  Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters.  The following information is necessary:

Full Name: _____

Current Address: _____

Date of Birth: _____  Place of Birth: _____

Daytime Telephone Number: _____

     You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek._____

_____

_____

     Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.  **All signatures under the certification of perjury statement MUST be an original signature, as the FBI is no longer accepting faxed signatures.  The signature must also be legible.**

Signature_____  Date_____

     To initiate your FOIPA request, please return the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.  **You must MAIL your request with your original legible signature, as the FBI is no longer accepting faxed signatures after the perjury statement.**

                            Sincerely yours,

                            David M. Hardy
                            Section Chief
                            Record/Information
                             Dissemination Section
                            Records Management Division

Keith Thomas
CDC T-67081
CSP-Sacramento
FA7 cell-107
P.O. Box 290001
Represa, Ca 95671
April 3, 2007

U.S. Department of Justice                    letter of Affidavit/declaration.
Federal Bureau of Investigation
Attn. David M. Hardy
935 Pennsylvania Ave. N.W
Washington D.C. 20535.-00"

Re: Agency record.

Dear, Mr. David M. Hardy

The problem is this. I've written many businesses and departments and corporation, involving preschool, elementary, Jr. High school, High school, Hospital, police reports, Juvenile Hall, prison, Requesting for copies of their records dealing with me but these businesses refuse to send me these records. I'm writing a book dealing with myself involving child molestation, Attempt kidnap, witness to murder, conversion of female to prostitution, conspiracy to kill me by the L.A sheriff 108st Department. All of most above deal with me under the Age of 15 years old.

These records I'm asking are circumstantial evidence to the Acts committed. I've request by my authority for to obtain these records, if an illegal investigation or investigation baseupon my request herein mention involving the Age under the age of 15 years old that I want deal with Acts of crime under the Age of 15 years old that I want to write in my book. If I know your duties then I can cite your duties under the Federal Bureau of investigation that I've been a witness to murder and reliniliation has occurred by the murderer to kidnap me under the age of 15 years old and that school record of Manhatten pince, Manchester elementary And 93th street school and the police report show I am a witness to murder And these record show I've been

You can authority to obtain these record or investigate the matter because I'm writing in a book that is going to cause a reaction for the murder and kidnapper involving the murder. Also a reaction to the murder in 1986, of a murder. You can have some by to assist me Quithin your official to obtain these records, dealing taco bell corporation, continental air line, Gray hound bus station, Los Angeles United school district and busing, Hospital, medical reports police reports, prison files, pizza corporation, IRS, files, court case's

If you can Assist me with some body in your office I can't

15

process nothing white in this prison And I'm in Administrative segregation Unit. And the Law library has no forms to provide to me to make these Request to these Organization plus I have no money nor envelope to write these organizations to make these Requests. In order for you to put these information under the Freedom of information Act you must maintain these information.

I know nothing of a process for you to obtain this information. for the Federal Bureau of investigation to generate information within the Agency, 2 has been placed into the Agency's file or is in the Agency's Control 4, was used by the Agency for an Agency purpose see Consumer Federal of America V. U.S. Dept of Agriculture D.D.C 2005. 383 F. Supp. 2d 1 record 54.

Agency records, within meaning of Freedom of information Act do not include Records obtained by governmental Agency without legal Authority, express or implied to do so, see Maren V. U.S. Dept of Health And Human services, N.D. Ill. 1986. 632 F. supp. 785. Affirmed 825 F.2d 1148. Within this letter I'm requesting by express And implication to subpoena these organization to deliver to you All information involving me. plus the information involve criminal Acts committed that has been obstructed to be process in criminal court process.

I've written Mark R. Vukelich, chief, civil rights unit criminal investigation Division about me being Attack. He need to subpoena my central file, medical file, psych file, prison's Board of prison hearing, incident report dealing with me in this prison. through you this can be done.

I request an immediate response to process this to obtain this information.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: April 3, 2007,

Proof of Service
( 28. U.S.C. 9 1745)

Case No. 1:05-cv-2391 (CKK)

I, Keith Thomas, Am over the Age of eighteen (18) years;
I am a party to the within cause of action:
My address is:
CSP. Sacramento
FBY cell-204
P.O. Box 290000
Represa, CA 95671

Amended pleading/    On, may 9, 2007, I served the following documents:
Injunction relief
Opposition. defendant's Answer, defendant's motion to dismiss or in
the alternative for summary judgment, and Exhibit, on the clerk of the
court of Judge colleen Kollar-Kotelly, U.S. District Judge. At the U.S
District court, District of columbia, 333 constitution Ave. N.W. washington
D.C 20001, by depositing a true and correct copies in a seal envelope
in the United state mail in Represa, California, with postage fully
prepaid thereon, Rhonda C. Fields, Atty Gen
Assistant United states Attorney
Civil Division
55 S Fourth St. N.W
Washington. D.C. 20530

I have read the above statements and declare, under
the penalty of perjury of the Laws of the State of California
that the foregoing is true and correct

Dated: May 9, 2007

Respectfully Submitted