Keith Thomas
CDC T-67081
CSP-Sacramento
FB4 cell-209
P.O. Box 290001
Represa, CA 95671

Keith Thomas
   Plaintiff

vs

John Doe,
Federal Aviation Admin,
et al
   Defendants.

U.S. District Court
District of Columbia

RECEIVED
JUN 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No: 1:05-cv-2391
MOTION:
Requesting eastern district Local Rules under Freedom of information Act
AND
Appoint Plaintiff (paralegal) supervising Attorney pursuant to the Local Rule.

Plaintiff herein make this motion for a motion to be granted to send to the Plaintiff the district of columbia court Local Rules, for the compliance of these Rules when filing motion to the district of columbia and herein this motion make a request to this court for the Appointing the Plaintiff (paralegal) with supervising attorney for the purpose of preparing this case to jury trial and other conference matters. The Plaintiff need the supervising attorney to gather statutes, cases, research legal books, article, Digest, encyclopedia and shepardize citation. The Plaintiff request this district court to grant to Appoint a supervising attorney for the Plaintiff (paralegal) for the preparation of this case pursuant to Local Rule.

### Prayer for Relief

1. Appoint supervising attorney for preparation of case pursuant to eastern district of columbia Local Rule
2. Issue the district of columbia Local Rule pursuant to Freedom of information act

### Memorandum of Law

1. Plaintiff Refer to the Freedom of information act
2. The Appointing the supervising attorney aid case and for the preparation
3. Refusing to issue Local Rule of the district of columbia court and refusing to appoint a supervising attorney will cause and abridge the Plaintiff meanfull access to court under U.S-C.A. 1st Amendment

Dated: May 31, 2007

Respectfully submitted

/s/

Case No. 1:05.cv.2391

Proof of service
(28 U.S.C 1746)

Keith Thomas
　　Plaintiff

vs

John Doe,
Federal Aviation Admin
et Al   Defendant

I, Keith Thomas, am over the age of eighteen (18) years and I am a party to the within cause of action my address is: CSP. Sacramento P.O. Box 290001 Represa, CA 95671

On May 31, 2007, I served the following documents: Motion, on the Clerk of office. U.S. District Court for the District of Columbia U.S. courthouse 333 Constitution avenue N.W. Washington D.C. 20001, by depositing a true and correct copies thereof in a seal envelope, within the California Sacramento prison mail room and in the United State mail in Represa, California with postage fully prepaid thereon served: Rhonda Fields
(USA DC)
U.S. Dept of Justice
U.S. Attorney's office
555 fourth St N.W
Washington D.C 20001

I have read the above statements and declare under the penalty of perjury that the Law of the State of California that the foregoing is true and correct.

Respectfully submitted

Dated: May 31, 2007