UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2391 (CKK) |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

In accordance with the Memorandum Opinion issued this 12th day of July, 2007, it is

ORDERED that Defendants' motion to dismiss or, in the alternative, for summary judgment [25] is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of Defendants.

The case is DISMISSED.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge