Exhibit A



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Keith Thomas, CDC T-67081
CSP-Sacramento, FC3-Cell 208
P.O. Box 290001
Represa, CA 95671

APR 2 0 2007

File Number: 20070151

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts request received by the United States Secret Service on February 23, 2007, for information pertaining to Hinkley and Ronald Reagan, the 40th President (1981-89) assassination attempt.

With regard to your request to have access to your file, we regret to inform you that we cannot comply. Under provisions of the Freedom of Information Act, there are no records or documents available to you at this time.

Pursuant to 5 U.S.C. 552(b)(7)(A), your file is being exempted since disclosure could reasonably be expected to interfere with enforcement proceedings. The citation of the above exemption is not to be construed as the only exemption which may be available under the Freedom of Information Act.

If you disagree with our determination, you have the right of administrative appeal within 35 days by writing to Freedom of Information Appeal, Deputy Director, U.S. Secret Service, 245 Murray Drive, Building 410, Washington, DC 20223.

Please use the file number indicated above in all future correspondence with this office.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer