Exhibit E



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

January 30, 2007

MR. KEITH THOMAS
** T-67081
CSP - SACRAMENTO
ASU FA7 CELL 222
POST OFFICE BOX 290001
REPRESA, CA 95671

                               Request No.: 1068365- 000
                               Subject: KENNEDY, ROBERT -
                               ASSASSINATION/SIRHAN SIRHAN

Dear Requester:

       This is in reference to your Freedom of Information Act (FOIA) request.

       The records you requested have been previously processed under the provisions of the FOIA. Documents available for release consist of 3, 775 pages.

       Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a duplication fee of ten cents per page for every page released over 100. To receive these documents, please send a check or money order, payable to the Federal Bureau of Investigation, in the amount of $ 367.50. Your material will be copied and forwarded to you as soon as we receive this payment. If we do not receive this payment within sixty days your request will be closed. Please place your FOIPA number on your check or money order so we can identify your request.

       A summary of the assassination of Robert Kennedy is available at no cost to you and consists of 115 pages. Please advise if you would prefer this option.

       In the event you are in the Washington, D.C. area, you may (at no charge) review this material in our FOIA Reading Room at FBI Headquarters. Appointment should be made at least 48 hours in advance by calling (202) 324-8057.

                                           Sincerely yours,

                                           David M. Hardy
                                           Section Chief,
                                           Record/Information
                                              Dissemination Section
                                           Records Management Division