Exhibit F



U.S. Department of Justice

450 Per

Federal Bureau of Investigation

Washington, D. C. 20535-0001

September 7, 2006

Mr. Keith Thomas
No. T-67081
Sacramento California
State Prison
FB2 Cell-215
P.O. Box 290066
Represa, CA 95671

        Request No. : 989535-001
        Subject: George Jackson

Dear Mr. Thomas:

    The records that you have requested pertaining to George Jackson were previously processed under the provisions of the Freedom of Information Act for another requester. Enclosed are 100 pages of documents that are being furnished to you at no charge along with a copy of the Explanation of Exemption form OCPA 16 (a).

    You may appeal any denial contained herein by writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530-0001, within sixty (60) days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal."

        Sincerely yours,

        David M. Hardy
        Section Chief,
        Record/Information
        Dissemination Section

Enclosures (2)