Exhibit
G



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 26, 2006

Mr. Keith Thomas
No. T-67081
CORCORAN STATE PRISON
S.H.U. 4-A, 2-R, Cell-21
P.O. Box 3476
Corcoran, CA 93212

Request No.: 989535-000
Subject: UFO's

Dear Requester:

The UFO records that you have requested were previously processed under the provisions of the Freedom of Information Act for another requester.

Pursuant to your litigation, Civil Action No. 05-2391 (KEITH THOMAS v. FEDERAL AVIATION ADMINISTRATION, ET AL.), it has been determined that the documents pertaining to UFO's was not similar in nature to the other subjects of your request as you were previously advised by letter dated December 3, 2003 from the FBI. As a result of this discovery, enclosed are 100 pages of documents that are being furnished to you at no charge pursuant to 28 C.F.R. §§ 16.11 (3)(i). Enclosed is a copy of the Explanation of Exemption form (OPCA 16a).

You may submit an appeal from any denial contained herein by writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D. C. 20530-0001, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIA number assigned to your request in your letter so that your request may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)