Exhibit H



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

July 7, 2006

Mr. Keith Thomas
** T-67081
FB2 Cell-215
Post Office Box 290066
Represa, CA 95671

SUBJECT(S): KING, MARTIN LUTHER JR et al.

Dear Mr. Thomas:

This is in reference to your Freedom of Information Act (FOIA) request.

In a letter dated December 3, 2003, we informed you of our determination that the subjects of your request are similar in nature, therefore, you will be charged aggregate fees. We have not received any remittance from you concerning the subjects of your request. The authority to charge aggregate fees is located in Title 28, Code of Federal Regulations, Section 16.11, subsection (h).

Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. Our records indicate that you have previously received your 100 free pages on another subject. Documents available for release are as follows:

| Subject | No. of pages | Cost |
| --- | --- | --- |
| Martin Luther King Jr. | 16,659 | $1,665.90 |
| Cointelpro | 52,680 | $5,268.00 |
| George Jackson Brigade | 249 | $24.90 |
| Black Panther Party (Winston Salem, NC) | 2,895 | $289.50 |
| SLA | 240 | $24.00 |
| Total: | 72,723 | $7,272.30 |

To receive these documents please submit a check or money order, payable to the Federal Bureau of Investigation, in the amount of $7,272.30.

Regarding the subjects Almer "Geronimo" Pratt and Ricky Ross, before we commence processing your request for records pertaining to other individuals, we ask that you submit to the FBI either proof of death or a privacy waiver from each person. Proof of death can be a copy of a death certificate, obituary or a recognized reference source. Death is presumed if the birth date of a subject is more than 100 years ago. Without proof of death or a privacy waiver, the disclosure of law enforcement records or information about other persons is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form (you may make additional copies if you are requesting information on more than one individual). The subjects of your request should complete this form and sign it, preferable in the presence of a notary. The original privacy waiver must be provided to the FBI. In order to ensure an accurate search of our records, please provide your subjects' complete name, date of birth and place of birth, if you have not already done so. Once you have provided us with the necessary information, as described above, we will conduct a search of our records and advise you of the results. This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

You may appeal any denial contained herein by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should both be clearly marked "Freedom of Information Appeal."

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**All Attached Correspondence Must Be Returned to the FBI With This Letter.**