UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL AVIATION ADMN., et al.,<br>　　　　　Defendants.<br>_____ | )<br>)<br>)<br>)　Civ. No. 05-2391 (CKK)<br>)<br>)<br>)<br>) |

ORDER

　　Upon consideration of plaintiff's motion for reconsideration of the order granting defendant's motion to dismiss or in the alternative for summary judgment, and the defendant's opposition thereto, it is hereby

　　ORDERED that plaintiff's motion is DENIED.

Date:　　　　　_____
　　　　　　　UNITED STATES DISTRICT COURT JUDGE