49 page - 3 copies - 126 page, 12 .20

Keith Thomas,
CDC T-67081
CSP-Sacramento
FBY cell-104
P.O. Box 290001
Represa, CA 95671

Let it be filed
Judge C. Kollar-Kotelly
9/25/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas,
Plaintiff

V

Federal Aviation Admin.
et al
Defendants.

Case NO 05-2391 (CKK)

~~[crossed out]~~

Objection to the Attorney General Opposition to motion for Reconsideration

## Nature of proceed

Plaintiff has file a complaint involving federal agency for depriving to provide the agencies infrastructure policy governing how the ~~[crossed out]~~ federal agencies function as an orgination. The defendant dispute this by filing an motion to dismis Plaintiff complaint of a motion to dismiss or in the alternative for summary judgment. This court dismis Plaintiff complaint for failure to exhaust administrative remedies. The Plaintiff file an appeal and a motion for reconsideration.

## statement of fact

Plaintiff allege that the defendants with hold to make available to the copyes of the federal agencies ~~[crossed out]~~ infrastructure policy setting forth the federal agencies orgainze function and their employees. for insance: information about:

1. Recruiter should seek to achieve a work force made up of qualified people from all segment of society and selection and promotion should be based solely on merit, after fair and open competition

2. All employees and applicants should be treated fairly, without discrimination, and with proper regard for their privacy and constitutional right.

3. Equal pay should be provided for work of equal value.

982.1(3)

SHORT TITLE: Keith Thomas
Captain John Frazier of Inglewood police station

CASE NUMBER:

**CAUSE OF ACTION—General Negligence**

Page ______

______
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Keith Thomas

alleges that defendant *(name)*:
Plaintiff herein allege refer to the cause of Action-Intentional tort attached

☐ Does ______ to ______

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:
at *(place)*:

*(description of reasons for liability)*:
Plaintiff herein allege refer to the cause of Action-Intentional tort attached

with appropriate consideration for the rates paid by private sector employers. Appropriate incentive and recognition should be provide for excellent performance

4. employees should maintain high standards of integrity, conduct, and concern for the public interest

5. The Federal work force should be used efficiently and effectively

6. Retention should be based on performance, inadequate performance should be corrected, and employees who cannot or will not improve their performance to meet required standards should be separated.

7. employee should receive effective education and training in order to achieve better organizational and individual performance

8. employees should be protected against partisan politics and may not use their office for partisan political purpos.

9. when employees legally disclose information evidencing wrongdoing (known as whistle blowing). they should be protected from reprisal.

This also include Prohibited Personnel Practice, and the Agency grievance procedures, this refer to the Civil Service Reform Act (CSRA) (title 5, section 2302, of the United State code), Pendleton Act, Hatch political Activities Act, Uniformed service employment and Reemployment Right Act (USERRA), Veterans employment Opportunities Act (VEOA), the Presidential and executive office Accountability Act, the whistle blower Protection Act of 1989,

Therefore the Plaintiff is requesting information about the federal agencies organization of its employees. Disclosure of administrative agency proceeding is generally favored see F.C.C. V. Schreiber U.S. Cal. 1965 85. S.Ct. 1459, 381, U.S. 279, 14, L.Ed 2d 383.

The ~~def~~ defendants withhold to make deliver of Pentagram News, OSD, Armed force Radio/television, Production office, military Locator information

PLD-PI-001(1)

| SHORT TITLE: Keith Thomas Los Angeles county office of education | CASE NUMBER: BS101580 |
|---|---|

______ (number)

## CAUSE OF ACTION—Motor Vehicle

ATTACHMENT TO [X] Complaint [X] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Keith Thomas

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date)*: 1996
at *(place)*: Los Angeles, Incorporate Area of Southwest Inglewood city

MV- 2. DEFENDANTS

a. [ ] The defendants who operated a motor vehicle are *(names)*:

[ ] Does ______ to ______

b. [ ] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*:

[ ] Does ______ to ______

c. [ ] The defendants who owned the motor vehicle which was operated with their permission are *(names)*:

[ ] Does ______ to ______

d. [ ] The defendants who entrusted the motor vehicle are *(names)*:

[ ] Does ______ to ______

e. [ ] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[ ] Does ______ to ______

f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [X] as follows:
John Doe Los Angeles police officer, 77th Division
John Doe Los Angeles police officer, 77th Division
John Doe Inglewood police officer, Inglewood Division
John Doe Inglewood police officer, Inglewood Division

[X] Does 1 to 24

Page 1

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Defense, while in prison the Plaintiff has written letter sent in an envelope and to be deliver through the prison mail room with P.O. Box to the Federal agencies address whom fail to provide adequate receptive mailing at their address, see Exhibit A, letter Dated Aug 29, 2007, by U.S. postal inspection service. This may give the court the notion that it's a problem for the Plaintiff for communicating to the defendants while in prison. The Plaintiff refer to Exhibit B. Motion to the Defendants motion to dismiss or in the alternative for Reconsider the Defendants motion to dismiss or in the alternative for summary judgment. The Plaintiff refer to page 14 of Exhibit B, and state in paragraph 2. that this state specifically that " PLAINTIFF HAS NOT EXHAUSTED HIS ADMINISTRATIVE REMEDIES". This is untrue the Plaintiff has exhausted administrative remedies. The Plaintiff refer to page. 16, the 3rd paragraph the address of:

Freedom of information Appeal
Deputy Director
U.S. Secret Service
245 Murray Drive
Building 410, Washington DC
20223

The Plaintiff has written an appeal to this address and still receive any response of that appeal. Plaintiff refer to page 29 of Exhibit B, second paragraph of the address of:

Co-Director,
Office of information and Privacy
U.S. Department of Justice
Suite 570
Flag Building
Washington D.C. 20530-0001

The Plaintiff has written an appeal to this address and still ~~receive~~ receive any ~~response~~ response of that appeal. Plaintiff refer to page 31 of Exhibit B, second paragraph of the address

Co-Director
Office of information and Privacy
U.S. Department of Justice
1425 New York Ave
N.W. Suite 11050
Washington D.C. 20530-0001

Keith Thomas
CDCT-67081
CSP. Sacramento
FB4. cell-127
P.O. Box 290001
Represo, ca 95671
pro per

Los Angeles Superior court of california

Keith Thomas
Plaintiff

vs

Daily Journal,
Defendant

REC'D
AUG 3 - 2007
FILING WINDOW

Affidavit pursuant to C.C.P 482.040; cal. pen code 1241; evid. code 702 (a) and (b);

The Plaintiff herein Allege that the Plaintiff is in prison, and the prison establish a policy that the court Need to order the prison trust (Account) office, At this prison, to send to this court the Plaintiff trust Account balance statement. Therefore the prison trust office is Refrain to give the Plaintiff a certify copy of trust Account statement unless, the court order the trust office to send to the court a certify copy of the Plaintiff's trust Account balance statement. The Plaintiff request this court to order the prison trust ~~Account~~ office to send the Plaintiff's trust account statement balance to this court for the process of the application for waiver fee and order waiver fee.

The Plaintiff request this court to exempt this case from the case management guideline, because exceptional case exist because the Plaintiff's incarcerate and is prevented by the prison policy to meet the impose court deadline, within this case. The Plaintiff request this court to send to the Plaintiff a copy of each page of this complaint and exhibit for personal record

I declare under penalty of perjury that the foregoing is true and correct, executed ~~[illegible]~~ Aug 22, 2007

[signature]

the Plaintiff has written an Appeal to this address and still receive any response. The Plaintiff refer to page 34 of exhibit B, of address of "

Co-Director
Office of information and privacy
United State Department of Justice
Flag building
suite 570
Washington D.C. 20530-0001

The Plaintiff has written an appeal to this address and still receive any response of that appeal. In this matter the Plaintiff indeed exhaust administrative remedies.

## Argument

1. Plaintiff is entitle for defendant to conform to it's Rules

Plaintiff allege title 5 U.S.C 551 (Definition) (4) Rule means, (5) rule making means (6) "order" mean, whom the defendants are subject to these rules, thereupon the defendants must conform with compliance to title 5 U.S.C 552 of Public information, Agency rules, opinion, records and proceeding; (a) states " EACH AGENCY SHALL MAKE AVAILABLE to the public information as follows: (1), (1)(A) (B) (C) (D) (E), (2), (2)(A) (B) (C) (D) (E), involving the document of the disclosure of administrative agency proceeding which is generally favored see F.C.C. V. schreiber U.S. cal. 1965 85. S.Ct. 1459, 381, U.S 279, 14, L. Ed 2d 383. consisting of agencie grievence procedure, furnish by the act of civil service reform act (CSRA), that set forth the merit system Principles, Prohibited Personnel Practices, merit systems studies
The Plaintiff is entitle to these information

2. Plaintiff has exhausted administrative remedies exist

The Plaintiff herein allege refer to Exhibit B, page 16, 29, 31, and 34, showing the procedure of the appeal process that Plaintiff indeed complete the exhaustion of administrative remedies, see Oglesby V. United

Keith Thomas
CDCT-62081
CSP. Sacramento
FB4. cell-127
P.O. Box 290001
Repnesa, CA 95671
Pro per

Los Angeles Superior court of california

Keith Thomas
Plaintiff

VS

Daily Journal,
Defendant

REC'D
AUG 3 - 2007
FILING WINDOW

Affidavit pursuant to C.C.P 482.040; cal. Pen code 124; evid. code 702 (a) and (b);

The Plaintiff herein Allege that the Plaintiff is in prison, and the prison establish a policy that the court Need to order the prison trust (Account) office, At this prison, to send to this court the Plaintiff trust account balance statement. Therefore the prison trust office is refrain to give the Plaintiff a certify copy of trust account statement unless, the court order the trust office to send to the court a certify copy of the Plaintiff's trust account balance statement. The Plaintiff request this court to order the prison trust ~~account~~ office to send the Plaintiff's trust account statement balance to this court for the process of the application for waiver fee and order waiver fee.

The Plaintiff request this court to exempt this case from the case management guideline, ~~be~~cause exceptional case exist because the Plaintiff's incarcerate and is prevented by the prison policy to meet the impose court deadline, within this case. The Plaintiff request this court to send to the Plaintiff a copy of each page of this complaint and exhibit for personal record

I declare under penalty of perjury that the foregoing is true and correct, executed, ~~[illegible]~~ Aug 22, 2007

[signature]

States Dep't of Army, 920 F.2d 57, 61-62 (D.C. Cir. 1990); Nurse V. Sec'y of Air Force, 231 F. Supp. 2d 523, 327 (D. D.C 2002), In this regard the appeal office Refuse to comply with the FOIA's time requirements, see Judicial watch, Inc V Rossoth, 326 F.3d 1309, 1310 (D.C. cir. 2003)

It is untrue of the agencies declaration affirm that a search, (of the FBI's databases): of receiving Plaintiff's request, and Plaintiff has no exhausted administrative remedies, The Plaintiff has complete the exhaustion of administrative remedies

prayer for Relief
legal claim

Plaintiff allege the defendants, violate the right of the Plaintiff's of receiving information by withhold to make available by deliver of copies of the Rule According to title 5 U.S.C 300 of title 5 U.S.C 551 (4), (5), (6), of title 5 U.S.C. 552 (a), (a)(1)(A)(B)(C)(D)(E), (2), (2)(A)(B)(C)(D)(E).

The Plaintiff request and move this district court under 56(f) to dismiss the defendant's motion to dismiss or in the alternative, for summary judgment, because the Plaintiff herein demonstrate that the Plaintiff has complete the exhaustion of administrative Remedies. The Plaintiff claim title 5 U.S.C 552 (a), (a)(1) (A)(B) (C)(E), (2)(2), (A)(B)(C)(D) and (E) to be giving this information whom the defendants are withholding and to make ~~avable~~ available the Plaintiff move this district court for discovery under Federal rules of civil procedure 26-through 37 to demonstrate How the defendants are withhold to make available this information, The Plaintiff move this district court under federal Rules of civil Procedure Rule 59(e) for to file a motion to alter or and amend judgment.

## CONCLUSION

The defendant motion to dismiss or, in the alternative, for summary judgment ought be denied and Plaintiff's summary judgment grant and proceed to discovery because the Plaintiff has demonstrated the completion of exhaustion of administrative

8 = copies 14,00
14 - copies 10 page

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Keith Thomas, CDC T-67081 cell-119<br>CSP-Sacramento, F B4-<br>P.O. Box 290037<br>Represa, CA. 95671<br>TELEPHONE NO.: FAX NO.:<br>ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 N. Hill st filing window<br>MAILING ADDRESS: L.A. CA. 90012<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| CASE NAME: Keith Thomas ~~John Doe, Atty Manager~~ State Bar of California | |
| **CIVIL CASE COVER SHEET**<br>[ ] **Unlimited** (Amount demanded exceeds $25,000)<br>[X] **Limited** (Amount demanded is $25,000 or less)<br>**Complex Case Designation**<br>[ ] **Counter** [ ] **Joinder**<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>JUDGE:<br>DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [X] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply)*:
   a. [ ] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*:
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 20, 2007

Keith Thomas
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Remedie herein

Date Sep 19, 2007

Respectfully submitted

PLD-PI-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* Keith Thomas, CDC T-Q 708) CSP-Sacramento FB4 Cell-189 P.O. Box 290001 Represa, CA. 95671<br>TELEPHONE NO: FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | FOR COURT USE ONLY |
|---|---|
| NAME OF COURT: Superior Court of San Fransico<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| SHORT TITLE: Keith Thomas State Bar of california Membership office | |
| CROSS-COMPLAINANT: Keith Thomas<br>CROSS-DEFENDANT: State Bar of california membership office<br>[X] DOES 1 TO 4 | |
| **CROSS-COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] AMENDED *(Number)*:<br>**Causes of Action** *(check all that apply)*:<br>[ ] **Apportionment of Fault** [X] Declaratory Relief<br>[ ] **Indemnification** [X] Other *(specify)*: intentional/negligence infliction of emotion distress | |
| **Jurisdiction** *(check all that apply)*:<br>[ ] **ACTION IS A LIMITED CIVIL CASE ($25,000 or less)**<br>[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>**It** [ ] **is** [ ] **is not reclassified as unlimited by this cross-complaint** | CASE NUMBER: |

1. CROSS-COMPLAINANT *(name)*: Keith Thomas,

   alleges causes of action against CROSS-DEFENDANT *(name)*: John Doe, John Doe, John Doe, John Doe; The State Bar of california, membership office.

2. This pleading, including exhibits and attachments, consists of the following number of pages: 6

3. Each cross-complainant named above is a competent adult
   a. [ ] **except** cross-complainant *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(desciribe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional cross-complainants who are not competent adults is contained in Cross-Complaint—Attachment 3.

Proof of Service
28. U.S.C 1746; C.C.P 2015.5
Declaration

Case No. 05-2391 (CKK)

Keith Thomas
Plaintiff

VS

Federal Aviation Admin.
et al
Defendant

I, Keith Thomas, am over the age of eighteen (18) years old and I am a party to the within cause of action my Address is: CSP-Sacramento
FB4 cell-104
P.O. Box 290002
Represa, Ca 95671

Sept 19, 2007, I served a true copy of the following documents.
Objection to the attorney General opposition to motion for reconsideration on to the Colleen Kollar-Kotelly
United state District judge
District of columbia
U.S. District court
333 Constitution avenue NW
washington D.C. 20001

and herein served a true copy of the document with to:
Rhonda C. Fields
Assistant United states attorney
Civil Division
555 fourth st, N.W
Washington D.C. 20530

by depositing a true and correct copies thereof in a seal envelope, within the california sacramento prison mailroom and in the United state mail in represa, california with postage fully prepaid

I have read the above statements and declare under the penalty of perjury that the state of california that the foregoing is true and correct

Dated sept 19, 2007

Keith Thomas

| SHORT TITLE: Keith Thomas The State Bar of California | CASE NUMBER: |
|---|---|

9. [ ] ________ (NUMBER) **Cause of Action—Declaratory Relief**

An actual controversy exists between the parties concerning their respective rights and duties because cross-complainant contends and cross-defendant disputes [X] as specified in Cross-Complaint—Attachment 9 [X] as follows:

10. [X] 3 (NUMBER) **Cause of Action—*(specify)*:** 3

11. [ ] The following additional causes of action are attached and the statements below apply to each *(in each of the attachments, "plaintiff" means "cross-complainant" and "defendant" means "cross-defendant")*:

- a. [ ] Motor Vehicle
- b. [X] General Negligence
- c. [X] Intentional Tort
- d. [ ] Products Liability
- e. [ ] Premises Liability
- f. [X] Other *(specify)*: intentional/negligence infliction of emotion distress

12. **CROSS-COMPLAINANT PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

- a. [ ] total and complete indemnity for any judgments rendered against me.
- b. [ ] judgment in a proportionate share from each cross-defendant.
- c. [ ] a judicial determination that cross-defendants were the legal cause of any injuries and damages sustained by plaintiff and that cross-defendants indemnify me, either completely or partially, for any sums of money which may be recovered against me by plaintiff.
- d. [X] compensatory damages
  - (1) [X] (unlimited civil cases) according to proof. 50,000.00
  - (2) [ ] (limited civil cases) in the amount of: $
- e. [X] other *(specify)*: Obtain Attorneys names, address, background history whom represent Plaintiff in criminal ~~process~~ proceeding from 1985 to 2007, obtain case folder, provide Plaintiff exam test, and opportunity for participation in committee Board, find employment for Plaintiff as paralegal. pro per litigant.

13. [X] The paragraphs of this cross-complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: June 20, 2007

Keith Thomas
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF CROSS-COMPLAINANT OR ATTORNEY)