Exhibit
A
letter
by U.S. postal INSpection
service Dated Aug 29,2007

UNITED STATES POSTAL INSPECTION SERVICE

SAN FRANCISCO, CALIFORNIA DIVISION



Aug 29 2007

Keith Thomas CDC T-67081
FB4 Cell-105
PO Box 290001
Represa CA 95671

Dear Charles

The U.S. Postal Inspection Service is in receipt of your complaint concerning correspondence addressed to inmates at correctional institutions. The appropriate mail security regulations per the Administrative Support Manual, Section 274.96, are as follows:

"Authorized personnel of prisons, jails, or other correctional institutions, under lawful rules and regulations, may open, examine, and censor mail addressed to an inmate of the institution, if the inmate-addressee consents to receive his or her mail at the institution through the institutional authorities. If the inmate does not consent, the personnel may either deliver the inmate's mail to the inmate unopened, or return it to the post office unopened, marked 'refused.' An inmate may designate, in writing, an agent outside the institution to receive his or her mail, either through an authorized address of the agent if the mail is so addressed, or at the delivery post office serving the institution, if the mail is addressed to the inmate at the institution."

Correspondence from inmates does not become U.S. Mail until it comes into actual custody and control of the Postal Service, either when given to a postal employee or when deposited into a receptacle authorized by the Postmaster General for the receipt of mail (i.e., a street collection box, lobby drop in a U.S. post office, etc.). Therefore, unless items are considered actual mail matter as referenced above, the federal laws pertaining to the protection of mail matter do not apply.

You may wish to bring this problem to the attention of the authorities having administrative jurisdiction over the institution where you are confined.

Sincerely,

Inspection Service
Operations Technician