Exhibit C

20



**Department of Energy**
Washington, DC 20585




*(handwritten:)* United States Department of Energy MA-74 1000 Independence Ave SW Washington D.C. 20585

May 24, 2007

Mr. Keith Thomas
CDC T-67081
SCP-Sacramento
P.O. Box 290007
Represa, CA 95671

Re: FOIA-2007-000429

Dear Mr. Thomas:

This is in further response to the request for information that you sent to the Department of Energy (DOE) under the Freedom of Information (FOIA), 5 U.S.C. 552. You asked for information that pertains to addresses for the following DOE Energy Assurance Offices:

(1) The Environmental Measurements Laboratory;

(2) Nuclear Incident Response Team;

(3) The Chemical and Biological National Security & Supporting Programs and Activities of Non Proliferation & Verification Research and Development Program;

(4) The Life Science Activities Related to Microbal Pathogen of Biological & Environmental Research Programs;

(5) The Nuclear Smuggling Programs and Activities within the Proliferation Detection Program of Non Proliferation

(6) The Nuclear Assessment Program and Activities

(7) The Advance Scientific Computing Research Program & Activities At Lawrence Livermore National Laboratory; and

(8) The National Infrastructure Simulation and Analysis Center.

You also have asked for information related to "contact with" the governments of Canada, Russia, Mexico, Iran, North Korean, Japan, China, Australia, United Kingdom, Romania, Poland and Germany that may have conducted business with the component titles or programs identified in the items of your request.

For purposes of the FOIA, your request does not reasonably describe the records you are seeking. The FOIA provides that a request must reasonably describe the records sought and be made in conformance with the agency's procedural rules before the request shall, for purposes of the FOIA, be deemed to have been received by the agency. A description of a requested document would be sufficient if it enabled a professional employee, who was familiar with the subject area of the request, to locate the record with a reasonable amount of effort.

The DOE regulation that implements the FOIA provides, at Title 10, Code of Federal Regulations (CFR), Section 1004.(c)(1), that a request "must enable the Department to identify and locate the records sought by a process that is not unreasonably burdensome, or disruptive of DOE operations." The regulation further states that, where possible, specific information regarding dates, titles, file designations, offices to be searched and other information that may help identify the records should be supplied by the requester.

Although you ask for information about the Office of Energy Assurance and its activities and contact information with foreign governments, the items in your request do not reasonably describe the records that you are seeking and processing would be unreasonably burdensome or disruptive to DOE operations as currently written. You have not provided names, titles or dates of particular documents or identified offices that might have records and thus could conduct a reasonable search for responsive documents.

If you need assistance to formulate your request to comply with the FOIA, please contact Ms. Brenda Washington of my staff at (202) 586-6039. You should contact Ms. Washington by June 8, 2007. If she does not hear from you or receive a reformulated request by this date, no further agency action will be taken.

In addition, the DOE regulation that implements the FOIA provides at 10 CFR 1004.4 (e) that a "request shall include (1) an assurance to pay whatever fees will be assessed in accordance with 10 CFR 1004.9, (2) an assurance to pay those fees not exceeding some specified dollar amount, or (3) a request for a waiver or reduction of fees." The regulation further states that no request will be deemed to have been received until (1) some valid assurance of willingness to bear fees anticipated to be associated with the processing of the request, or (2) a specific request for a waiver or reduction of fees has been stated.

You have not provided an assurance that you will pay the costs to process the request or have requested a waiver. Please provide such an assurance to pay fees or request a waiver of the fees that may be incurred.

The DOE has implemented this statutory standard for fee waivers or reduced fees in the FOIA regulation at 10 CFR 1004.9(a)(8). The regulation sets forth the following factors that are considered by the DOE in applying the criteria:

(1)    The subject of the request: Whether the subject of the requested records concerns "the operations or activities of the government;"

(2)    The informative value of the information to be disclosed: Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;

-22-

(3)  The contribution to an understanding by the general public of the subject likely to result from disclosure, taking into account your ability and intent to disseminate the information to the public in a form that can further understanding of the subject matter;

(4)  The significance of the contribution to public understanding: Whether the disclosure is likely to contribute "significantly" to public understanding of government operations or activities;

(5)  The existence and magnitude of a commercial interest: Whether the requester has a commercial interest that would be furthered by the requested disclosure; and if so

(6)  The primary interest in disclosure: Whether the magnitude of the identified commercial interest of the requester is sufficiently large, in comparison with the public interest in disclosure, that disclosure is "primarily in the commercial interest of the requester."

If you would like a waiver of fees to be considered, please provide additional information that addresses these factors to Ms. Washington. You also should provide the information to her by June 8, 2007.

If you have any questions about this correspondence, please contact Ms. Washington at (202) 586-6039.

Sincerely,

Abel Lopez, Director
FOIA/Privacy Act Group
Office of the Executive Secretariat

23