Exhibit
D

124



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

*Justin W. Williams United States Attorney's Building*
*2100 Jamieson Avenue (703)299-3700*
*Alexandria, Virginia 22314*

December 11, 2006

Keith Thomas
CDC T-67081
CSP - Sacramento
Ad-Seg FA7 Cell 104
P.O. box 290001
Represa, CA   95671

Dear Mr. Thomas:

I am in receipt of your letter of December 2, 2006, inquiring as to whether you may communicate with Zacarias Moussaoui now that he has been sentenced. Mr. Moussaoui is being held under Special Administrative Measures, pursuant to federal law, which prohibit communications with anyone other than his immediate family and legal representatives. For this reason, you will not be able to communicate with him.

If we can be of further assistance, please let me know.

Sincerely,

Chuck Rosenberg
United States Attorney

By:    Kathleen M. Kahoe
       Executive Assistant United States Attorney

25