Keith Thomas,
CDC T-67081
CSP-Sacramento
FB4 cell-104
P.O. Box 290001
Represa, Ca 95671

Let it be filed.
Judge CKolla-Kotelly
9/25/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas,
  Plaintiff

V

Federal Aviation Admin.
et al
  Defendants.

Case No 05-2391 (CKK)

~~Administrative appeal~~

Objection to the Attorney General
Opposition to motion for
Reconsideration

## Nature of proceed

Plaintiff has file a complaint involving federal agency for depriving to provide the agencies infrastructure policy governing how the ~~fede~~ federal agencies function as an orgination. The defendant dispute this by filing an motion to dismiss Plaintiff complaint of a motion to dismiss or in the alternative for summary judgment. This court dismis Plaintiff complaint for failure to exhaust administrative remedies,. The Plaintiff file an appeal and a motion for reconsideration.

## Statement of fact

Plaintiff allege that the defendants with hold to make aviajable to the copyes of the federal agencies infrastructure policy setting forth the federal agencies orgainze function and their employees. for insjance: information about:

1. Recruiter should seek to achieve a work force made up of qualified people from all segment of society and selection and promotion should be based solely on merit, after fair and open competition

2. All employees and applicants should be treated fairly, without discrimination, and with proper regard for their privacy and constitutional right.

3. Equal pay should be provided for work of equal value.

1

982.1(3)

SHORT TITLE: Keith Thomas
Captain John Frazier of Inglewood police station

CASE NUMBER.

_____ CAUSE OF ACTION—General Negligence    Page _____
(number)

ATTACHMENT TO  ☒ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Keith Thomas

alleges that defendant *(name):*
Plaintiff herein allege Refer to the cause of action - Intentional tort attached

☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):*
at *(place):*

*(description of reasons for liability):*
Plaintiff herein Allege Refer to the cause of action - Intentional tort attached

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982 1(3)
Optional Form

CAUSE OF ACTION—General Negligence

THOMSON
WEST

CCP 425 12

with appropriate consideration for the rates paid by private sector employers. Appropriate incentive and recognition should be provided for excellent performance

4. employees should maintain high standards of integrity, conduct, and concern for the public interest

5. The Federal work force should be used efficiently and effectively

6. Retention should be based on performance, inadequate performance should be corrected, and employees who cannot or will not improve their performance to meet required standards should be separated.

7. employee should receive effective education and training in order to achieve better organizational and individual performance

8. employees should be protected against partisan politics and may not use their offices for partisan political purpose.

9. when employees legally disclose information evidencing wrongdoing (known as whistle blowing). they should be protected from reprisal.

This also include Prohibited Personnel Practices and the Agency grievance procedures, this refer to the Civil Service Reform Act (CSRA) (title 5, section 2302, of the United State code), Pendleton Act, Hatch political Activities Act, Uniformed service employment and Reemployment Right Act (USERRA), Veterans employment Opportunities Act (VEOA), the Presidential and executive office Accountability Act, the whistle blower Protection Act of 1989,

Therefore the Plaintiff is requesting information about the federal agencies organization of its employees. Disclosure of administrative Agency proceeding is generally favored see F.C.C. V. Schreiber U.S. Cal. 1965 85. S.ct. 1459, 381, U.S 279, 14. L. Ed 2d 383.

The defendants withhold to make deliver of Pentagram news, OSD, Armed force Radio/television, Production office, military Locator information

2

PLD-PI-001(1)

| SHORT TITLE: Keith Thomas | CASE NUMBER |
|---|---|
| Los Angeles county office of education | BS101580 |

_____ CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO ☒ Complaint ☒ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Keith Thomas

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* 1996
at *(place):* Los Angeles, Incorporate Area of Southwest Inglewood City

MV-2. DEFENDANTS

a. ☐ The defendants who operated a motor vehicle are *(names):*

☐ Does _____ to _____

b. ☐ The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*

☐ Does _____ to _____

c. ☐ The defendants who owned the motor vehicle which was operated with their permission are *(names):*

☐ Does _____ to _____

d. ☐ The defendants who entrusted the motor vehicle are *(names):*

☐ Does _____ to _____

e. ☐ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☐ Does _____ to _____

f. ☒ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment MV-2f ☒ as follows:
John Doe Los Angeles police officer, 77th Division
John Doe Los Angeles police officer, 77th Division
John Doe Inglewood police officer, Inglewood Division
John Doe Inglewood police officer, Inglewood Division

☒ Does 1 to 24

Page 1

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc
www.FormsWorkflow.com

Defense. While in prison the Plaintiff has written letter sent in an envelope and to be deliver through the prisons mail room with P.O. Box to the Federal agencies address whom fail to provide adequate receptive mailing at their address, see Exhibit A, letter Dated Aug 29, 2007, by U.S. postal inspection service. This may give the court the notion that its a problem for the Plaintiff for communicating to the defendants while in prison. The Plaintiff refer to Exhibit B. Motion Reconsider the Defendants motion to dismiss or in the alternative for summary judgment. The Plaintiff refer to page 14 of Exhibit B, And state in paragraph 2. that this state specifically that "PLAINTIFF HAS NOT EXHAUSTED HIS ADMINISTRATIVE REMEDIES". This is untrue the Plaintiff has exhausted administrative remedies. The Plaintiff refer to page. 16, the 3rd paragraph the address of:
    Freedom of Information Appeal
    Deputy Director
    U.S. Secret Service
    245 Murray Drive
    Building 410, Washington DC
    20223

The Plaintiff has written an appeal to this address and still receive any response of that appeal. Plaintiff refer to page 29 of Exhibit B, second paragraph of the address of:
    Co-Director,
    Office of Information and Privacy
    U.S. Department of Justice
    Suite 570
    Flag Building
    Washington D.C. 20530-0001

The Plaintiff has written an appeal to this address and still receive response of that appeal. Plaintiff refer to page 31 of Exhibit B, second paragraph of the address
    of Co-Director
    Office of Information and Privacy
    U.S. Department of Justice
    1425 New York Ave
    N.W. Suite 11050
    Washington D.C. 20530-0001

3

```
Keith Thomas
CDCT-67081
CSP. Sacramento
FB4, cell-127
P.O. Box 290001
Represa, CA 95671
```

1 Pro per

2                           Los Angeles Superior court of california

3  Keith Thomas,              REC'D              Affidavit pursuant to C.C.P
                Plaintiff                         482.040; cal. Pen code 124;
4                              AUG 3 - 2007       evid. code 702 (a) and (b);
   vs                        FILING WINDOW
5  Daily Journal,
6            Defendant

7

8  The Plaintiff herein Allege that the Plaintiff is in prison, and the prison
9  establish a policy that the court need to order the prison trust
10 (account) office, at this prison, to send to this court the Plaintiff
11 trust account balance statement. Therefore the prison trust office
12 is refrain to give the Plaintiff a certify copy of trust account
13 statement unless, the court order the trust office to send to the
14 court a certify copy of the Plaintiff's trust account balance
15 statement. The Plaintiff request this court to order the prison
16 trust account office to send the Plaintiff's trust account statement
17 balance to this court for the process of the application for waiver
18 fee and order waiver fee.
19    The Plaintiff request this court to exempt this case from the
20 Case management guideline, because exceptional case exist because
21 the Plaintiff's incarcerate and is prevented by the prison policy to
22 meet the impose court deadline, within this case. The Plaintiff request this
23 court to send to the Plaintiff a copy of each page of this complaint
24 and exhibit for personal record
         I declare under penalty of perjury that the foregoing is
25 true and correct, executed
                                Aug 22, 2007                    [signature]
26
27
28

1  the Plaintiff has written an Appeal to this address and still receive any
2  response. The Plaintiff refer to page 34 of exhibit B, of address of ''

   Co-Director,
   Office of Information And Privacy
3  United State Department of Justice
4  Flag building
   Suite 570
5  Washington D.C. 20530-0001

6  The Plaintiff has written an Appeal to this address and still receive any
7  response of that Appeal. In this matter the Plaintiff indeed exhaust
8  administrative remedies.

                    ARGUMENT

9

10  1. <u>Plaintiff is entitle for defendant to conform to it's Rules</u>
11  Plaintiff allege. title 5 U.S.C 551 (Definition) (4) Rule means, (5)
12  rule making means (6) "Order" mean, whom the defendants are subject
13  to these Rules, thereupon the defendants must conform with Compliance to
14  title 5 U.S.C 552 of Public Information, Agency rules, opinion, Records
15  and proceeding; (a) States " <u>EACH AGENCY SHALL</u>
16  <u>MAKE AVAILABLE</u> to the public Information as follows: (1), (1)(A)
17  (B) (C) (D) (E), (2)(2)(A) (B) (C) (D) (E), involving the document
18  of the disclosure of administrative agency proceeding which is generally
19  favored see F.C.C. V. Schreiber U.S. cal. 1965 85. S.Ct. 1459, 381, U.S
20  279, 14. L. Ed 2d 383. Consisting of agencies grievance procedure, furnish
21  by the act of Civil Service Reform Act (CSRA), that set forth the Merit
22  System Principles, Prohibited Personnel Practices, Merit Systems Studies
23  The Plaintiff is entitle to these information

24  2. <u>Plaintiff has exhausted administrative Remedies exist</u>
25  The Plaintiff herein allege refer to Exhibit B, page 16, 29, 31, and
26  34, showing the procedure of the Appeal process that Plaintiff indeed
27  complete the exhaustion of administrative remedies, see Oglesby V. United
28

                    4

Keith Thomas
CDCT-67081
CSP. Sacramento
FB4- cell-127
P.O. Box 290001
Represa, CA 95671

1  Pro Per

2  Los Angeles Superior Court of California

3  Keith Thomas,
    Plaintiff                REC'D           Affidavit pursuant to C.C.P
4                                            482.040; Cali. Pen code 124;
                           AUG 3 - 2007      Evid. Code 702 (a) and (b);
5  vs                      FILING WINDOW

6  Daily Journal,
    Defendant

7

8  The Plaintiff herein allege that the Plaintiff is in prison, and the prison
9  establish a policy that the court need to order the prison trust
10 (account) office, at this prison, to send to this court the Plaintiff
11 trust account balance statement. There fore the prison trust office
12 is refrain to give the Plaintiff a certify copy of trust account
13 statement unless, the court order the trust office to send to the
14 court a certify copy of the Plaintiff's trust account balance
15 statement. The Plaintiff request this court to order the prison
16 trust account office to send the Plaintiff's trust account statement
17 balance to this court for the process of the application for waiver
18 fee and order waiver fee.
19     The Plaintiff request this court to exempt this case from the
20 case management guideline, because exceptional case exist because
21 the Plaintiff's incarcerate and is prevented by the prison policy to
22 meet the impose court deadline, within this case. The Plaintiff request this
23 court to send to the Plaintiff a copy of each page of this complaint
24 and exhibit for personal record
25     I declare under penalty of perjury that the foregoing is
   true and correct, executed,
26                              Aug 22, 2007

27

28

1  States Dep't of Army, 920 F.2d 57, 61-62 (D.C. Cir. 1990); Nurse V. Sec'y of Air
2  Force, 231 F.Supp.2d 323, 327 (D.D.C. 2002), In this regard the appeal office
3  Refuse to comply with the FOIA's time requirements, see Judicial Watch, Inc
4  V Rossoth, 326 F.3d 1309, 1310 (D.C. Cir. 2003)
5       It is undue of the agencies declaration affirm that a search (of the
6  FBI's data bases) of receiving Plaintiff's request, And Plaintiff has no
7  exhausted administrative remedies, The Plaintiff has complete the exhaustion
8  of administrative remedies

prayer for relief
legal claim

9  Plaintiff allege the defendants, violate the right of the Plaintiff's of receiving
10 information by withhold to make available by deliver of copies of the rule
11 According to title 5 U.S.C 500 of title 5 U.S.C 551 (4), (5), (6), of title 5 U.S.C.
12 552 (a), (a)(1)(A)(B)(C)(D)(E), (2), (2)(A)(B)(C)(D)(E)
13      The Plaintiff request and move this district court under 56(f)
14 to dismiss the defendant's motion to dismiss or in the alternative, for summary
15 judgment, because the Plaintiff herein demonstrate that the Plaintiff has
16 complete the exhaustion of administrative remedies. The Plaintiff claim
17 title 5 U.S.C 552 (a), (a)(1)(A)(B)(C)(E), (2)(2), (A)(B)(C)(D) and
18 (E) to be giving this information whom the defendants are withholding
19 and to make available available the Plaintiff move this district court for
20 discovery under Federal rules of civil procedure 26- through 37 to demonstrate
21 How the defendants are withhold to make available this information, The
22 Plaintiff move this district court under federal rules of civil procedure Rule
23 59(e) for to file a motion to alter or and amend judgment.

24
25
## Conclusion
26 The defendant motion to dismiss or, in the alternative, for summary judgment
27 ought be denied and Plaintiff's summary judgment grant and proceed to discovery
28 because the Plaintiff has demonstrated the completion of exhaustion of administrative

5

8 copies 14.00
13 copies 10 pages

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Keith Thomas, CDCT-67057, cell-119 CSP-Sacramento, F 154 P.O. Box 290007 Represa, CA. 95671 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO:        FAX NO: | |
| ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111. N. Hill st. filing window
MAILING ADDRESS:
CITY AND ZIP CODE: L.A. CA. 90012
BRANCH NAME:

CASE NAME: Keith Thomas - State Bar of California John Doe any Messenger

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| ☐ Unlimited  ☒ Limited (Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☒ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties       d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence       f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought *(check all that apply)*:
   a. ☐ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

4. Number of causes of action *(specify)*:

5. This case ☐ is ☒ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 20, 2007

Keith Thomas
*(TYPE OR PRINT NAME)*                        ▶  *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

CIVIL CASE COVER SHEET

1. Remedie herein

2. Date Sep 19, 2007

Respectfully submitted

*[signature]*

6

PLD-PI-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Keith Thomas, CDCT-6708<br>CSP- Sacramento<br>FB4-Cell-109<br>P.O. Box 290001<br>Represa, CA- 95671 | |
| TELEPHONE NO.            FAX NO (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |
| NAME OF COURT: Superior Court of San Fransico | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| SHORT TITLE: Keith Thomas<br>State Bar of california Membership office | |

CROSS-COMPLAINANT: Keith Thomas

CROSS-DEFENDANT: State Bar of california membership office

[X] DOES 1 TO 4

**CROSS-COMPLAINT**—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Causes of Action (check all that apply):
[ ] Apportionment of Fault   [X] Declaratory Relief
[ ] Indemnification           [X] Other (specify): Intentional/negligence Infliction of emotional distress

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE ($25,000 or less)
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
    It [ ] is [ ] is not reclassified as unlimited by this cross-complaint

CASE NUMBER:

1. CROSS-COMPLAINANT (name): Keith Thomas,

   alleges causes of action against CROSS-DEFENDANT (name): John Doe, John Doe, John Doe, John Doe; The State Bar of california, membership office.

2. This pleading, including exhibits and attachments, consists of the following number of pages: 6

3. Each cross-complainant named above is a competent adult
   a. [ ] except cross-complainant (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional cross-complainants who are not competent adults is contained in Cross-Complaint—Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-002 [Rev. January 1, 2007]

**CROSS-COMPLAINT**—Personal Injury,
Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

Proof of service
28. U.S.C. 1746; C.C.P 2015.5
Declaration

Case No. 05-2391 (CKK)

Keith Thomas
    Plaintiff

vs

Federal Aviation Admin.
et al
        Defendant

I, Keith Thomas, am over the age of eighteen (18) years old and I am a party to the within cause of action my address is: CSP-Sacramento
FBY cell-104
P.O. Box 290002
Represa, Co 95671

Sept 19, 2007, I served a true copy of the following documents Objection to the Attorney General Opposition to motion for reconsideration on to the Colleen Kollar-Kotelly
United State District judge
District of Columbia
U.S. District Court
333 Constitution Avenue NW
Washington D.C. 20001
and herein served a true copy of the document with to:
Rhonda C. Fields
Assistant United States Attorney
Civil Division
555 fourth st. N.W
Washington D.C. 20530
by depositing a true and correct copies thereof in a sealed envelope, within the California Sacramento prison mailroom and in the United State mail in Represa, California with postage fully prepaid
I have read the above statements and declare under the penalty of perjury that the State of California that the foregoing is true and correct
Dated Sept 19, 2007

Keith Thomas

PLD-PI-002

| SHORT TITLE: Keith Thomas  The State Bar of California | CASE NUMBER: |
|---|---|

9. ☐ _____ Cause of Action—Declaratory Relief
   (NUMBER)

An actual controversy exists between the parties concerning their respective rights and duties because cross-complainant contends and cross-defendant disputes ☒ as specified in Cross-Complaint—Attachment 9
☒ as follows:




10. ☒ __3__ Cause of Action—(specify): 3
    (NUMBER)




11. ☐ The following additional causes of action are attached and the statements below apply to each (in each of the attachments, "plaintiff" means "cross-complainant" and "defendant" means "cross-defendant"):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☒ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other (specify): Intentional/Negligence infliction of emotion distress




12. CROSS-COMPLAINANT PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. ☐ total and complete indemnity for any judgments rendered against me.
   b. ☐ judgment in a proportionate share from each cross-defendant.
   c. ☐ a judicial determination that cross-defendants were the legal cause of any injuries and damages sustained by plaintiff and that cross-defendants indemnify me, either completely or partially, for any sums of money which may be recovered against me by plaintiff.
   d. ☒ compensatory damages
       (1) ☒ (unlimited civil cases) according to proof. 50,000.00
       (2) ☐ (limited civil cases) in the amount of: $
   e. ☒ other (specify): Obtain Attorneys names, address, background history whom represent Plaintiff in criminal process proceeding from 1985 to 2007, obtain case folder, provide Plaintiff exam test, and opportunity for participation in committee Board, find employment for Plaintiff as paralegal. pro per litigant,

13. ☒ The paragraphs of this cross-complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: June 20, 2007

Keith Thomas                                    ► [signature]
(TYPE OR PRINT NAME)                            (SIGNATURE OF CROSS-COMPLAINANT OR ATTORNEY)

PLD-PI-002 [Rev January 1, 2007]   CROSS-COMPLAINT—Personal Injury,   Page 3 of 3
                                   Property Damage, Wrongful Death