UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Keith Thomas, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-2391 (CKK) |
| | : | |
| Federal Aviation Administration, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

Plaintiff seeks reconsideration of the Order of July 12, 2007, entering judgment for the defendants. Motions for reconsideration are committed to the sound discretion of the trial court and need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotations omitted). Having considered the motion and defendants' opposition, the Court finds no grounds for vacating the judgment inasmuch as plaintiff has not provided any new evidence of his administrative exhaustion of the claims at issue. Accordingly, it is

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 35] is DENIED.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: October 23, 2007