Keith Thomas
High Desert State Prison
L/D-7 Cell-102
P.O. Box 33
Susanville, CA 96127

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No 05-2391 (CKK)
Notice of Appeal.

Keith Thomas
   Plaintiff

V

Federal Aviation Administration, etm
   Defendant

Plaintiff, Keith Thomas, herein file a Notice of appeal, in the United State District court for the district of columbia, order enter on October 23, 2007, for the issue of. Administrative Remedies exhausted. Violated of title 5. U.S.C 552 (entirety) and 551, 13), violation of the 5th amendment of the U.S.C. of the liberty interest, the relief claim is ~~5 USC~~ title 5. U.S.C 551 and 552, Whistle blow act, CPRA, and the 5th amendment of the U.S.C

I declare under penalty of perjury that the foregoing is true and correct, executed Susanville, CA.

Dated: Nov 5, 2007

[signature: Keith Thomas]

UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF ~~CALIFORNIA~~ Columbia

Thomas, Keith
_____
Plaintiff or Petitioner

V.

~~40-150.00~~
_____
Defendant or Respondent

Case Number: 05-2391 C(KK)

PROOF OF SERVICE

I hereby certify that on (Date) Nov 4, 2007 ~~[crossed out]~~, I served a copy

of the attached ~~foregoing complaint~~ Notice of appeal,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said enevelope in the United States Mail at High Desert State Prison ~~[crossed out]~~ ;

(List Name and Address of Each Defendant or Attorney Served)

1. U.S. Attorney General

2. ~~[crossed out]~~
~~312 N Spring~~
~~LA 90012~~
ATTN: Colleen Kollar-Kotelly
U.S. District Judge
~~U.S. District~~
for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)